The following constitutes
the order of the court. Signed October 26, 2012

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:                                         ) Case No.: 12-48131-IE
                                               )
Picongen Wireless Inc.,                        ) Chapter 7
                        Debtor.                )
                                               )

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on October 3, 2012 against the above-named debtor, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is GRANTED.

** END OF ORDER **

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | David Bartlett |
| | Vice President & Secretary |
| 3 | Picongen Wireless Inc. |
| | 61 Faith Lane |
| 4 | Tracy, CA 95377 |
| 5 | Picongen Wireless Inc. |
| | Attn: Dale Kluesing, Chief Executive Officer |
| 6 | 2275 Springwood Drive |
| | Auburn, AL 36830 |
| 7 | |
| | **All other parties who are participants in CM/ECF for this case, including but not limited to** |
| 8 | **U.S. Trustee, will be served through electronic transmission of the Notice of Electronic Filing.** |