JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Email: jkatz@pinnaclelawgroup.com
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Chapter 7 Trustee
PAUL J. MANSDORF

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PICONGEN WIRELESS INC.,<br><br>Debtor. | Case No. 12-48131 RLE 7<br><br>Chapter 7<br><br>MOTION FOR ORDER APPROVING SALE OF ESTATE'S INTEREST IN SUBSTANTIALLY ALL ASSETS OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF CERTAIN CLAIMS OF LIEN AND OTHER INTERESTS<br><br>Date: January 9, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 201<br><br>The Honorable Roger L. Efremsky, United States Bankruptcy Judge |

TO: THE DEBTOR; THE UNITED STATES TRUSTEE; ALL CREDITORS; OTHER INTERESTED PERSONS; THE FOLLOWING DESCRIBED ALLEGED LIEN OR OTHER INTEREST HOLDERS; AND TO THEIR RESPECTIVE ATTORNEYS, IF ANY:

| | | |
|---|---|---|
| **Robert O. Groover III**<br>**Groover & Associates PLLC**<br>**Box 293748**<br>**Lewisville, TX 75029** | **Dale Kluesing**<br>**2275 Springwood Drive**<br>**Auburn, AL 36830** | **Averett Family Trust**<br>**c/o Ruth Donohue**<br>**805 General Cornwallis Drive**<br>**West Chester, PA 19382** |

**Robert O. Groover III**
**Glast, Phillips & Murphy, P.C.**
**14801 Quorum Drive, Suite 500**
**Dallas, TX 75254-1449**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1871.107     1     Motion for Order Approving Sale of Real Property

Case: 12-48131    Doc# 15    Filed: 11/30/12    Entered: 11/30/12 08:54:41    Page 1 of 3

On January 9, 2013, at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Roger L. Efremsky, United States Bankruptcy Judge, United States Bankruptcy Court, 1300 Clay Street, Courtroom 201, Oakland, California 94612, Paul J. Mansdorf, Trustee (the "Trustee") will move, and hereby moves, for an order authorizing him to sell substantially all of the assets of the bankruptcy estate to xStream Wireless Works, Inc. or nominee, for $60,000 plus all fees advanced by xStream Wireless Works to preserve the intellectual property. The assets include all intellectual property, including patent or patent application numbers 20090100495, 20090002556, 20090009662, 20090074051, and 20090006882; all claims or causes of action relating to the intellectual property; all personal tangible property including inventory and equipment; and all notes and rights to payment payable by Sai Manapragada. The assets being sold do not include cash on hand, accounts receivable or notes (other than from Mr. Manapragada), tax refunds, and avoidance actions. As further consideration, the Petitioning Creditors Ronald W. Moeckel, Ankit Sahu, and Max Lightfoot waive any claims or rights to payment from the bankruptcy estate. The sale of the assets will be free and clear of the asserted liens of Groover & Associates PLLC, Dale Kluesing, and Averett Family Trust because their asserted liens are in bona fide dispute.[1]

The sale is subject to overbids. The first overbid for the assets shall be $70,000 PLUS all monies advanced by xStream Wireless Works to preserve the intellectual property estimated to be $14,000, and bidding will continue in $1,000 increments thereafter. Overbidding will take place at the hearing on the Motion. Anyone wishing to overbid must submit a cashier's check in the amount of $70,000 made payable to "Paul J. Mansdorf, Trustee" plus proof of ability to perform no later 5:00 p.m. PST on Wednesday, December 26, 2012, to the Trustee's counsel, Jeremy W. Katz, Pinnacle Law Group LLP, 425 California Street, #1800, San Francisco, CA 94104, Tel: (415) 394-5700. The Trustee reserves the right in his sole discretion to disqualify any prospective overbidder whom he believes will not be able to perform. In addition, the intellectual property will be listed for sale on the NABT Asset Sale website.

---

[1] The terms of the sale are more fully described in the memorandum of points and authorities and in the term sheet accompanying the Trustee's declaration in support of the Motion.

1871.107     2     Motion for Order Approving Sale of Real Property

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

This Motion is brought pursuant to BLR 6004-1, BLR 9014-1, Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. § 363(b)(1) and(f)(4). The Motion is made on the grounds that the proposed sale of the estate's interest in the assets is in the best interests of the bankruptcy estate and its creditors and is appropriate for sound business reasons.

The Trustee also seeks a waiver of the 14-day stay of Federal Rule of Bankruptcy Procedure 6004(h).

The motion is based on the Motion, the Memorandum of Points and Authorities, the accompanying declarations, and upon such further and other evidence as the Court may consider. **Any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date.**

Date: November 30, 2012     PINNACLE LAW GROUP LLP

By:   Jeremy W. Katz
      Jeremy W. Katz
      Attorneys for Trustee
      PAUL J. MANSDORF

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700