ROBERT O. GROOVER III
Pro Se
P.O. Box 293748
Lewisville, TX 75029-3748
Email: groover@technopatents.com
Telephone: 214-562-5057
Facsimile: 214-206-9992

RECEIVED

2013 JAN -4 AM 10: 58

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.



FILED

JAN 0 4 2013

U.S. BANKCRUPTCY COURT
OAKLAND, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 12-48131 RLE 7 |
| PICONGEN WIRELESS, INC., | Chapter 7 |
| Debtor. | CREDITOR ROBERT O. GROOVER'S EXHIBIT AND WITNESS LIST |
| | The Honorable Roger L. Efremsky, United States Bankruptcy Judge |

TO: COUNSEL FOR CHAPTER 7 TRUSTEE, PAUL J. MANSDORF; THE UNITED STATES TRUSTEE; ALL CREDITORS; OTHER INTERESTED PERSONS; THE FOLLOWING DESCRIBED ALLEGED LIEN OR OTHER INTEREST HOLDERS; AND TO THEIR RESPECTIVE ATTORNEYS, IF ANY:

Dale Kluesing
2275 Springwood Drive
Auburn, AL 36830

Averett Family Trust
c/o Ruth Donohue
805 General Cornwallis Drive
West Chester, PA 19382

Robert O. Groover III ("Creditor") files this, his list of witnesses who may be called and exhibits which may be used at the January 9, 2013 hearing on the proposed sale of assets:

| WITNESSES | |
|---|---|
| Dale Kluesing | |
| David Bartlett | |
| Robert O. Groover III | |
| Paul Mansdorf, Chapter 7 Trustee | Represented by Jeremy W. Katz<br>Pinnacle Law Group<br>425 California St., #1800<br>San Francisco, CA 94104 |
| Any witness designated or offered by any other party in interest | |

| EXHIBITS | | | | |
|---|---|---|---|---|
| EXHIBIT | DESCRIPTION | OFFER | OBJECT | ADMITTED |
| A | Offer to Purchase Assets | | | |
| B | Proof of Claim (with evidentiary and summary appendices) | | | |
| C | Opposition (with evidentiary appendices) | | | |
| D | Motion for Leave to File Out of Time | | | |
| E | Motion to Reschedule of Continue Hearing on Offer to Purchase Assets Free of Lien | | | |
| F | Affidavit of Dale Kluesing | | | |
| G | Affidavit of David Bartlett | | | |

| H | Affidavit of Robert O. Groover III | | | |
|---|---|---|---|---|
| I | Copy of fee payment confirmation, and transmittal letter, from Kilburn & Strode, London | | | |

Date: January 3, 2013         Respectfully submitted,

Robert O. Groover III
Pro Se
P.O. Box 293748
Lewisville, TX 75029-3748
Email: groover@technopatents.com
Telephone: 214-562-5057
Facsimile: 214-206-9992

## CERTIFICATE OF SERVICE

I hereby certify that the original of this document is being sent via FedEx to the United States Bankruptcy Court, Northern District of California, Oakland Division; and that true and correct copies are being sent via FedEx to Dale Kluesing; Sai Manapragada (Petitioning Creditor); Paul Mansdorf, Counsel for Trustee; and Stephen K. Rush, Counsel for Ronald W. Moeckel (Petitioning Creditor). Advance copies were also sent by email on January 3, 2013 to Dale Kluesing; Sai Manapragada (Petitioning Creditor); Paul Mansdorf, Counsel for Trustee; and Stephen K. Rush, Counsel for Ronald W. Moeckel (Petitioning Creditor).

Robert O. Groover III