As a matter of full disclosure, in the event that Picongen becomes a Chapter 7debtor, Mr. Manapragada is likely to seek to acquire the assets of the Company either on his own behalf or on behalf of an entity in which he may have an interest.

Very Truly Yours,

Vectis Law Group

By: ______________________
Patrick Costello
Attorneys for Mr. Sai Manapragada

AFFIDAVIT
of
Robert Groover III

I, Robert O. Groover III, am of legal age and competent to testify, and I declare as follows:

1. I am a Registered Patent Attorney with many years of experience. I am extremely familiar with the online information system, known as "PAIR," which is maintained by the United States Patent and Trademark Office ("USPTO").

2. The attached five pages are printouts from the PAIR system, for the five US patent applications whose application numbers are given at the top of each printout. I printed these pages myself from the fee tab in PAIR, and each page provides a complete record of payments received by the USPTO for that case.

3. Also attached are two pages from Kilburn & Strode ("K&S"). That firm is a London-based firm of European Patent Attorneys. Those pages show that a maintenance fee payment was made to keep the specified European patent application from lapsing irrevocably, and that I now owe them $2236 if I pay in dollars (or slightly less if I pay in pounds sterling).

Respectfully submitted,

Robert O. Groover III
January 3, 2013

Subscribed to and sworn to before me on this third day of January 2013 by Robert O. Groover III, known to me to be the person who appeared before me.

CHERIE ELAINE ZALSTEIN
Notary Public, State of Texas
My Commission Expires
April 03, 2014


European Patent Attorneys
Chartered Patent Attorneys
Trade Mark Attorneys

20 Red Lion Street
London WC1R 4PJ
Tel: +44 (0)20-7539 4200
Fax: +44 (0)20-7539 4299
Email: ks@kstrode.co.uk

Mr Robert Groover
Groover & Associates
SEND BY E MAIL ONLY
United States of America

**Our Ref:** **P49345EP-K**
**Your Ref:** **Wireless multimedia system**

30 November 2012

Dear Mr Groover

**European Application No. 08779620.7**
**In the name of Picongen Wireless, Inc**

**Subject: Wireless multimedia system**

Thank you for your instructions regarding payment of the renewal fee for this case.

We confirm that we have dealt with the necessary formalities, and our invoice for our services will follow shortly for your accounting records. If you have already sent us a payment in respect of this renewal fee in response to an estimated cost that we have sent you in a reminder, we propose to allocate your payment against the invoice on your account with us once the invoice issues.

If we receive an official renewal receipt from the local patent office, we will forward it on to you. Such receipts are issued by most but not by all patent offices.

We will send you a reminder of the next renewal due date in good time.

Yours sincerely

**Renewals Department**
**For and on behalf of Kilburn & Strode LLP**

Kilburn & Strode LLP is registered in England and Wales as a Limited Liability Partnership.
Registered No. OC342299 Registered Office: 20 Red Lion Street, London WC1R 4PJ
Regulated by the Intellectual Property Regulation Board.

3046243v1

European Patent Attorneys
Chartered Patent Attorneys
Trade Mark Attorneys

Kilburn & Strode

# INVOICE

Kilburn & Strode LLP
20 Red Lion Street
London WC1R 4PJ
United Kingdom
Tel: +44 (0)20-7539 4200
Fax: +44 (0)20-7539 4299
Email: ks@kstrode.co.uk

Invoice No. KS477737
Account No: 15302
Date: 12 Dec 2012

Groover & Associates
SEND BY E MAIL ONLY
United States of America

For the attention of: Mr Robert Groover

Our Ref: P49345EP-K / PH
Debtor Ref: Wireless multimedia system

Wireless multimedia system - In the name of: Picongen Wireless, Inc
European patent, Publication No. 2183927 (our ref: P49345EP-K)
Wireless multimedia system

On the instructions of: Mr Robert Groover

Sending reminders and docketing receipt of payment; to paying renewal fee(s); to paying the 5th year renewal fee.

| | |
|---|---|
| Service Charges | £290.21 |
| Official Fees | £1,002.15 |

**If you wish to pay this invoice in US Dollars please remit USD 2,236.00**

| Bank Details | | |
|---|---|---|
| National Westminster Bank PLC<br>332 High Holborn, London WC1V 7PS<br>Sort Code 60-40-04, Account No 10786066<br>Swift Code NWBKGB2L<br>IBAN GB36 NWBK 6040 0410 7860 66<br>VAT No. GB 232 6498 56 | VAT reverse charge procedure is applicable for customers within the EC | **Total Due GBP £1,292.36**<br>Payment is due before 11 Jan 2013 |

Kilburn & Strode LLP is registered in England and Wales as a Limited Liability Partnership
Registered No. OC342299 Registered Office: 20 Red Lion Street, London WC1R 4PJ

#@

United States Patent & Trademark Office 1/3/13 6:20 PM

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks | Other | Sign-Off Authenticated Session

Patent eBusiness
- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

Patent Information
- Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

Patent Searches
- Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

Other
- Copyrights
- Trademarks
- Policy & Law
- Reports

Secured Patent Application Information Retrieval

XML Download | Order Certified Application As Filed | Order Certified File Wrapper | View Ord

12/152,638 Method and apparatus for wireless transmission of high data rate streams PCGN-14

Fees

## Maintenance Fee History

Maintenance Fee data does not exist

## Fee Payment History

| Accounting Date | Fee Code | Fee Amount | Mailroom Date | Payment Method |
|---|---|---|---|---|
| 02-25-2011 | 2453 | $810.00 | 02-24-2011 | Deposit Account |
| 02-25-2011 | 2801 | $405.00 | 02-24-2011 | Deposit Account |
| 05-24-2010 | 2252 | $245.00 | 05-21-2010 | Deposit Account |
| 09-12-2008 | 2111 | $255.00 | 09-12-2008 | Credit Card |
| 09-12-2008 | 2311 | $105.00 | 09-12-2008 | Credit Card |
| 09-12-2008 | 2011 | $155.00 | 09-12-2008 | Credit Card |
| 09-12-2008 | 2051 | $65.00 | 09-12-2008 | Credit Card |
| 09-12-2008 | 8021 | $40.00 | 09-12-2008 | Credit Card |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application I Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy

https://ppair.uspto.gov/epatent/myportal/!ut/p/c5/04_SB8K8xLLM9...MwOEFLSUtBNjBJTUdJSzQ1SDEwTTMvaFFSNDo1MTQyMDAyNS9zYS5nZXRCaWl!/ Page 1 of 1

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks | Other | Sign-Off Authenticated Session

Patent eBusiness

Electronic Filing
Patent Application Information (PAIR)
Patent Ownership
Fees
Supplemental Resources & Support

Patent Information

Patent Guidance and General Info
Codes, Rules & Manuals
Employee & Office Directories
Resources & Public Notices

Patent Searches

Patent Official Gazette
Search Patents & Applications
Search Biological Sequences
Copies, Products & Services

Other

Copyrights
Trademarks
Policy & Law
Reports

Secured Patent Application Information Retrieval

XML Download Order Certified Application As Filed Order Certified File Wrapper View Order List

12/137,087 Method and Apparatus for Packet Insertion by Estimation PCGN-13

Fees

## Maintenance Fee History

Maintenance Fee data does not exist

## Fee Payment History

| Accounting Date | Fee Code | Fee Amount | Mailroom Date | Payment Method |
|---|---|---|---|---|
| 09-16-2008 | 4011 | $75.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2111 | $255.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2311 | $105.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2051 | $65.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2251 | $60.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 8021 | $40.00 | 09-16-2008 | Credit Card |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks | Other | Sign-Off Authenticated Session

Patent eBusiness

Electronic Filing
Patent Application Information (PAIR)
Patent Ownership
Fees
Supplemental Resources & Support

Patent Information

Patent Guidance and General Info
Codes, Rules & Manuals
Employee & Office Directories
Resources & Public Notices

Patent Searches

Patent Official Gazette
Search Patents & Applications
Search Biological Sequences
Copies, Products & Services

Other

Copyrights
Trademarks
Policy & Law
Reports

Secured Patent Application Information Retrieval

XML Download Order Certified Application As Filed Order Certified File Wrapper View Or

12/136,954 METHOD AND APPARATUS FOR WIRELESS CLOCK REGENERATION PCGN-12B

Fees

## Maintenance Fee History

Maintenance Fee data does not exist

## Fee Payment History

| Accounting Date | Fee Code | Fee Amount | Mailroom Date | Payment Method |
|---|---|---|---|---|
| 09-16-2008 | 4011 | $75.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2111 | $255.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2311 | $105.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2051 | $65.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2251 | $60.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 8021 | $40.00 | 09-16-2008 | Credit Card |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application I Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy



United States Patent & Trademark Office 1/3/13 6:21 PM

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks | Other | Sign-Off Authenticated Session

Patent eBusiness

Electronic Filing
Patent Application Information (PAIR)
Patent Ownership
Fees
Supplemental Resources & Support

Patent Information

Patent Guidance and General Info
Codes, Rules & Manuals
Employee & Office Directories
Resources & Public Notices

Patent Searches

Patent Official Gazette
Search Patents & Applications
Search Biological Sequences
Copies, Products & Services

Other

Copyrights
Trademarks
Policy & Law
Reports

Secured Patent Application Information Retrieval

XML Download | Order Certified Application As Filed | Order Certified File Wrapper | View Or

12/136,937 METHOD AND APPARATUS FOR WIRELESS CLOCK REGENERATION PCGN-12A

**Maintenance Fee History**

Maintenance Fee data does not exist

**Fee Payment History**

| Accounting Date | Fee Code | Fee Amount | Mailroom Date | Payment Method |
|---|---|---|---|---|
| 07-24-2012 | 2254 | $865.00 | 04-26-2012 | Deposit Account |
| 09-27-2011 | 2253 | $635.00 | 09-26-2011 | Deposit Account |
| 09-16-2008 | 4011 | $75.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2111 | $255.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2311 | $105.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2051 | $65.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 2251 | $60.00 | 09-16-2008 | Credit Card |
| 09-16-2008 | 8021 | $40.00 | 09-16-2008 | Credit Card |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application I Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy

https://ppair.uspto.gov/epatent/myportal/!ut/p/c5/04_SB8K8xLLM9...MwOEFLSUtBNjBJTUdJSzQ1SDEwTTMvN1lSNDo1MTQyMDA3MC9zYS5nZXRCaWl!/ Page 1 of 1



United States Patent & Trademark Office 1/3/13 6:20 PM

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks | Other | Sign-Off Authenticated Session

Patent eBusiness
- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

Patent Information
- Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

Patent Searches
- Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

Other
- Copyrights
- Trademarks
- Policy & Law
- Reports

Secured Patent Application Information Retrieval

XML Download | Order Certified Application As Filed | Order Certified File Wrapper | View Ord

12/152,653 Wireless multimedia system PCGN-11

Select New Case | Applications by Attorney Docket | Application Data | Transaction History | Image File Wrapper | Continuity Data | Fees | Published Documents | Address & Attorney/Agent | Supplemental Content | Assignments | Display References

## Maintenance Fee History

Maintenance Fee data does not exist

## Fee Payment History

| Accounting Date | Fee Code | Fee Amount | Mailroom Date | Payment Method |
|---|---|---|---|---|
| 05-02-2012 | 2401 | $310.00 | 05-02-2012 | Credit Card |
| 05-02-2012 | 2252 | $280.00 | 05-02-2012 | Credit Card |
| 06-21-2011 | 2253 | $555.00 | 06-20-2011 | Deposit Account |
| 09-16-2008 | 2201 | $105.00 | 09-04-2008 | Deposit Account |
| 09-08-2008 | 8021 | $40.00 | 09-05-2008 | Credit Card |
| 09-05-2008 | 2252 | $230.00 | 09-04-2008 | Deposit Account |
| 09-05-2008 | 2111 | $255.00 | 09-04-2008 | Credit Card |
| 09-05-2008 | 2311 | $105.00 | 09-04-2008 | Credit Card |
| 09-05-2008 | 2011 | $155.00 | 09-04-2008 | Credit Card |
| 09-05-2008 | 2051 | $65.00 | 09-04-2008 | Credit Card |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application I Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy

https://ppair.uspto.gov/epatent/myportal/!ut/p/c5/04_SB8K8xLLM9...wOEFLSUtBNjBJTUdJSzQ1SDEwTTMvMUFSNDo1MTQyMDAxMC9zYS5nZXRCaWI!/ Page 1 of 1