JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Email: jkatz@pinnaclelawgroup.com
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Chapter 7 Trustee
PAUL J. MANSDORF

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 12-48131 RLE 7 |
| PICONGEN WIRELESS INC., | Chapter 7 |
| Debtor. | CERTIFICATE OF SERVICE |

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On January 7, 2013, I served the documents described as:

**TRUSTEE'S REPLY TO ROBERT O. GROOVER III'S OPPOSITION TO PROPOSED SALE (Docket No. 28); TRUSTEE'S OBJECTION TO MR. GROOVER'S MOTION FOR LEAVE TO FILE LATE OPPOSITION (Docket No. 24); AND TRUSTEE'S OBJECTION TO MR. GROOVER'S MOTION TO CONTINUE HEARING (Docket No. 25)**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| 1 | Robert O. Groover III |
| 2 | Groover & Associates PLLC |
|   | Box 293748 |
| 3 | Lewisville, TX 75029 |

**[X]** **U.S. MAIL**: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

| | |
|---|---|
| Robert O. Groover III | Averett Family Trust |
| Groover & Associates PLLC | c/o Ruth Donohue |
| 14801 Quorum Drive, Suite 500 | 805 General Cornwallis Drive |
| Dallas, TX 75254-1449 | West Chester, PA 19382 |
| | |
| Dale Kluesing | *COURTESY COPY* |
| 2275 Springwood Drive | United States Bankruptcy Court |
| Auburn, AL 36830 | Northern District, Oakland Division |
| | Judge Roger L. Efremsky |
| | 1300 Clay Street, 3rd Floor |
| | Oakland, CA 94612 |

**[X]** **BY OVERNIGHT DELIVERY**: I deposited in a box or other facility regularly maintained by FedEx, DHL, Overnite Express, an express service carrier, or delivered to a courier or driver authorized by said express carrier to receive documents, the above named document(s) at San Francisco, California, charges prepaid, marked for delivery on the following business day.

**[X]** **BY E-MAIL/NEF**: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on January 7, 2013, at San Francisco, California.

/s/ Heather Pruitt
HEATHER PRUITT

1871.107      2      CERTIFICATE OF SERVICE