Patrick M. Costello, Esq. - Bar No. 117205
VECTIS LAW GROUP
PMB# 551, 270 Redwood Shores Pkwy
Redwood City, California 94065
Telephone: (650) 320-1688
Facsimile: (650) 320-1687
E-mail: pcostello@vectislawgroup.com

Attorneys for xStream Wireless Works, Inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re: | ) | Case No.: 12-48131 RLE 7 |
| | ) | |
| Picongen Wireless Inc., | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Date: January 9, 2013 |
| | ) | Time: 2:00 p.m. |
| | ) | Place: Courtroom 201 |
| | ) | |
| | ) | The Honorable Roger L. Efremsky, |
| | ) | United States Bankruptcy Judge |

**DECLARATION OF PATRICK COSTELLO**
**RE CHAPTER 7 TRUSTEE'S SALE MOTION**

I, Patrick Costello, declare:

1. I am an attorney duly admitted to practice on the State of California and before this Court and am the attorney of for xStream Wireless Works, Inc. ("xStream"), the proposed purchaser of substantially all of the assets of Picongen Wireless Inc. ("Debtor").

2. This declaration is submitted in connection with Motion for Order Approving Sale of Estate's Interest in Substantially All Assets of the Bankruptcy Estate Free and Clear of Certain Claims of Lien and Other Interests (Docket No.15) (the "Sale Motion") filed on behalf of Paul Mansdorf, the duly appointed Chapter 7 trustee in this case ("Trustee") and the Trustee's Reply to Robert O. Groover III's Opposition to Propose Sale (Docket No.29).

3. I attach hereto as Exhibit A a true and correct copy of a Binding Termsheet for Purchase of Substantially All Assets of Picongen Wireless Inc. executed by each of the Trustee and xStream (the "Purchase Agreement"). The Purchase Agreement sets forth the terms on which xStream will purchase substantially all of the Debtor's assets from the bankruptcy estate.

4. I attach hereto as <u>Exhibit B</u> a copy of my letter dated June 19, 2012 addressed to Messrs. Dale Kluesing and David Bartlett concerning a Chapter 7 petition on behalf of the Debtor.

4. I attach hereto as <u>Exhibit C</u> a copy of a letter dated June 30, 2012 from Mr. Kluesing to Mr. Manapragada concerning the removal of Mr. Manapragada as a director of the Debtor.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of January, 2013 at Palo Alto, California.

/s/ Patrick M. Costello
Patrick M. Costello