Exhibit C
to
Declaration of Patrick M. Costello
Re Chapter 7 Trustee's Sale Motion




June 30, 2012

Sai Manapragada, CTO
27457 Green Hazel Road
Hayward, CA 94544

**Re: Picongen Wireless Inc. ("Company") – Stockholder Actions and Related**

Dear Sai:

The Stockholders of the Company holding a majority of the outstanding shares of the Company determined that it was their fiduciary responsibility to take certain corporate actions to protect the best interests of the Company and ALL of the Company's Stockholders, not merely one or two, and to provide the Company the opportunity to capitalize on its technological developments for the benefit of the Company's constituents.

However, this is not intended to curtail the advantages you envision with respect to the Company's technologies. To the contrary, this may give you the approach you have been seeking. You have claimed for some time that you could readily obtain substantial working capital for the Company if only you had full or substantially full control of the Company. Therefore, the Company will consider approaches that could provide you the control you require.

First, if you form your own new company (controlled fully or mostly by you), Picongen would be willing to license the Picongen technology to your new company. The license would need to be on terms to enable your backers to give you working capital and on terms commercially reasonable to Picongen. Of course, as a Stockholder of Picongen, you would also benefit from the license along with the other Stockholders.

Alternatively, the majority Stockholders would be willing to sell most or all of their stock holdings to you and your backers in order to give you the control you believe is required. The consideration would need to be cash for a reasonable and acceptable amount.

We believe one of these alternatives would give you what you say is necessary. If you have questions regarding these matters, please call me at (408) 420-2877.

Sincerely,

Picongen Wireless Inc.
//Dale Kluesing //

Chief Executive Officer

cc: Ron Moeckel
　　Sharat Kumar Yempati
　　Anil Annam
　　David Bartlett