JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Email: jkatz@pinnaclelawgroup.com
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Chapter 7 Trustee
PAUL J. MANSDORF

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| In re: | Case No. 12-48131 RLE 7 |
|---|---|
| PICONGEN WIRELESS INC., | Chapter 7 |
| Debtor. | CERTIFICATE OF SERVICE |

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On January 18, 2013, I served the documents described as:

**TRUSTEE'S FURTHER SUPPORT OF AUCTION SALE AND PRELIMINARY OPPOSITION TO DEBTOR'S MOTION TO CONVERT TO CHAPTER 11**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

BY EMAIL AND NEF:

Robert O. Groover III, Esq.
P.O. Box 293748
Lewisville, TX 75029-3748

Eric Nyberg, Esq.
Kornfield, Nyberg, Bendes & Kuhner
1970 Broadway, Suite 225
Oakland, CA 94612

1871.107     1     CERTIFICATE OF SERVICE

1  [ ]  **U.S. MAIL**: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

2

3

4  **[X]**  **BY E-MAIL/NEF**:  Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users.

5  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Executed on January 18, 2013, at Bodega Bay, California.

6

7  /s/ Linda Sorensen
   LINDA SORENSEN

1871.107  2  CERTIFICATE OF SERVICE