JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Email: jkatz@pinnaclelawgroup.com
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Chapter 7 Trustee
PAUL J. MANSDORF

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 12-48131 RLE 7 |
| PICONGEN WIRELESS INC., | Chapter 7 |
| Debtor. | CERTIFICATE OF SERVICE |

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On January 22, 2013, I served the documents described as:

**ORDER APPROVING SALE OF ESTATE'S INTEREST IN SUBSTANTIALLY ALL ASSETS OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF CERTAIN CLAIMS OF LIEN AND OTHER INTERESTS TO SIGMA GROUP, INC.**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

1871.107                                    1                         CERTIFICATE OF SERVICE

| | |
|---|---|
| Robert O. Groover III, Esq.<br>P.O. Box 293748<br>Lewisville, TX 75029-3748 | Eric Nyberg, Esq.<br>Kornfield, Nyberg, Bendes & Kuhner<br>1970 Broadway, Suite 225<br>Oakland, CA 94612 |
| Dale Kluesing<br>2275 Springwood Drive<br>Auburn, AL 36830 | Averett Family Trust<br>c/o Ruth Donohue<br>805 General Cornwallis Drive<br>West Chester, PA 19382 |
| Robert A. Simon, Esq.<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | *COURTESY COPY*<br>United States Bankruptcy Court<br>Northern District, Oakland Division<br>Judge Roger L. Efremsky<br>1300 Clay Street, 3rd Floor<br>Oakland, CA 94612 |

[X]   **U.S. MAIL**: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

| | |
|---|---|
| Robert O. Groover III, Esq.<br>groover@technopatents.com | Robert A. Simon, Esq.<br>rsimon@bgsfirm.com |

Eric Nyberg, Esq.
e.nyberg@kornfieldlaw.com

[X]   **BY E-MAIL**: On the date stated above, I transmitted such document(s) by electronic mail to the persons listed above at the electronic notification address listed above. The transmission was reported as complete and without error.

[X]   **BY E-MAIL/NEF**: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on January 22, 2013, at Bodega Bay, California.

/s/ Heather Pruitt
HEATHER PRUITT