JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
jkatz@pinnaclelawgroup.com
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Trustee
PAUL J. MANSDORF

The following constitutes
the order of the court. Signed January 23, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PICONGEN WIRELESS INC.,<br><br>              Debtor. | Case No. 12-48131 RLE 7<br><br>Chapter 7<br><br>ORDER APPROVING SALE OF ESTATE'S INTEREST IN SUBSTANTIALLY ALL ASSETS OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF CERTAIN CLAIMS OF LIEN AND OTHER INTERESTS TO SIGMA GROUP, INC.<br><br>Date: January 22, 2013<br>Time: 10:00 a.m.<br>Room: 201<br><br>The Honorable Roger L. Efremsky, United States Bankruptcy Judge |

      On January 22, 2013, a continued hearing was held on Trustee Paul J. Mansdorf's (the "Trustee") Motion for Order Approving Sale of Estate's Interest in Substantially all Assets of the Bankruptcy Estate Free and Clear of Certain Claims of Lien and Other Interests for the purpose of conducting an auction of those assets. Jeremy W. Katz, Esq. of Pinnacle Law Group LLP appeared on behalf of the Trustee, who was present in court. Robert O. Groover III, Esq., appeared *pro se*. Patrick M. Costello, Esq. of Vectis Law Group appeared as proposed special

1871.107

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1

ORDER AUTHORIZING SALE FREE
AND CLEAR TO SIGMA GROUP, INC.

Case: 12-48131   Doc# 41   Filed: 01/23/13   Entered: 01/23/13 23:36:56   Page 1 of 4

bankruptcy counsel on behalf of the Debtor and bidder xStream Wireless Works, Inc. Robert A. Simon, Esq. of Barlow Garsek & Simon, LLP appeared on behalf of the asserted equity security holders. Eric Nyberg, Esq. of Kornfield, Nyberg, Bendes & Kuhner, a Professional Corporation, appeared on behalf of over-bidder Sigma Group, Inc. Other appearances were as noted on the record. The Court previously had entered an "Order Overruling Opposition to Motion for Order Approving Sale of Estate's Interest in Substantially All Assets of the Bankruptcy Estate Free and Clear of Certain Claims of Lien and Other Interests," Docket No. 32, in which it had authorized the sale free and clear of the asserted claims of lien and other interests of Groover & Associates PLLC and/or Robert O. Groover III, Dale Kluesing, and Averett Family Trust, with the asserted claims of lien and other interests attaching to the proceeds of sale to the same extent and with the same validity and priority as they had attached to the assets being sold, and scheduled the auction for January 22, 2013. At the continued hearing, the Debtor and the asserted equity security holders orally moved for a cancellation or continuance of the auction pending a hearing on the Debtor's motion to convert the case to a chapter 11 which had been filed on January 18, 2013, Docket No. 34, which oral motion the Trustee opposed. Based upon the pleadings and papers on file with the Court, the arguments of counsel in open court, for the reasons stated on the record, and good cause appearing,

IT IS HEREBY ORDERED that the oral motion to cancel or continue the auction is denied;

IT IS FURTHER ORDERED that the sale of the bankruptcy estate's right, title, and interest in and to the following assets is approved to Sigma Group, Inc. for $351,000.00 cash:

- All intellectual property including, but not limited to, patent or patent application numbers 20090100495, 20090002556, 20090009662, 20090074051, and 20090006882 (the "Intellectual Property");
- All claims or causes of action relating to the Intellectual Property;
- All personal tangible property including inventory and equipment; and
- All notes and rights to payment payable by Sai Manapragada.

///

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

IT IS FURTHER ORDERED that the 14-day stay of Federal Rule of Bankruptcy Procedure 6004(h) is waived.

***END OF ORDER***

1871.107 — 3 — **ORDER AUTHORIZING SALE FREE AND CLEAR TO SIGMA GROUP, INC.**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Robert O. Groover III, Esq.
P.O. Box 293748
Lewisville, TX  75029-3748

Eric Nyberg, Esq.
Kornfield, Nyberg, Bendes & Kuhner
1970 Broadway, Suite 225
Oakland, CA  94612

Dale Kluesing
2275 Springwood Drive
Auburn, AL  36830

Averett Family Trust
c/o Ruth Donohue
805 General Cornwallis Drive
West Chester, PA  19382

Robert A. Simon, Esq.
Barlow Garsek & Simon, LLP
3815 Lisbon Street
Fort Worth, TX  76107

Robert O. Groover III, Esq.
groover@technopatents.com

Robert A. Simon, Esq.
rsimon@bgsfirm.com

Eric Nyberg, Esq.
e.nyberg@kornfieldlaw.com

Pinnacle Law Group LLP
425 California Street
Suite 1800
San Francisco, CA 94104
(415) 394-5700

1871.107

4

**ORDER AUTHORIZING SALE FREE AND CLEAR TO SIGMA GROUP, INC.**

Case: 12-48131    Doc# 41    Filed: 01/23/13    Entered: 01/23/13 23:36:56    Page 4 of 4