# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: ewalters | Date Created: 1/23/2013 |
| Case: 12–48131 | Form ID: pdfeoc | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| 12960081 | Averett Living Trust | c/o Ruth Donohue | 805 General Cornwallis Drive | West Chester, | Chester PA 19382 |
| 12960089 | Dale Kluesing | 2275 Springwood Drive | Auburn Al 36830 | | |
| 13051380 | Robert O. Groover III | P.O. Box 293748 | Lewisville, TX 75029–3748 | | |
| | Robert A. Simon, Esq. | Barlow Garsek &Simon, LLP | 3815 Lisbon Street | Fort Worth, TX 76107 | |
| | Eric Nyberg, Esq. | Kornfield, Nyberg, Bendes &Kuhner | 1970 Broadway, Suite 225 | Oakland, CA 94612 | |

TOTAL: 5