JEREMY W. KATZ (SBN: 119418)
LINDA SORENSEN (SBN: 72753)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Email: jkatz@pinnaclelawgroup.com
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Chapter 7 Trustee
PAUL J. MANSDORF

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PICONGEN WIRELESS INC.,<br><br>Debtor. | Case No. 12-48131 RLE 7<br><br>Chapter 7<br><br>NOTICE OF ERRATA RE: TRUSTEE'S OPPOSITION TO SOMEONE'S MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 11<br><br>Date: February 13, 2013<br>Time: 2:00 p.m..<br>Place: Courtroom 201<br><br>The Honorable Roger L. Efremsky, United States Bankruptcy Judge |

PLEASE TAKE NOTICE that the Trustee's Opposition to Someone's Motion to Convert Case from Chapter 7 to Chapter 11, Docket No. 46, incorrectly listed the hearing time as 10:00 a.m. the correct hearing time is 2:00 p.m. on February 13, 2013.

Date: February 7, 2013     PINNACLE LAW GROUP LLP

By: _Jeremy W. Katz_
JEREMY W. KATZ
Attorneys for Trustee
PAUL J. MANSDORF

1871.107     1     Trustee's Opposition to Conversion