1    JEREMY W. KATZ (SBN: 119418)
     LINDA SORENSEN (SBN: 72753)
2    PINNACLE LAW GROUP LLP
     425 California Street, Suite 1800
3    San Francisco, CA 94104
     Email: jkatz@pinnaclelawgroup.com
4    Telephone: (415) 394-5700
     Facsimile: (415) 394-5003
5

6    Attorneys for Chapter 7 Trustee
     PAUL J. MANSDORF

7

8               UNITED STATES BANKRUPTCY COURT FOR

9                THE NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12   In re                       Case No. 12-48131 RLE 7

13   PICONGEN WIRELESS INC.,       Chapter 7

14          Debtor.             NOTICE OF ERRATA RE: DECLARATION
                              OF JEREMY W. KATZ IN SUPPORT OF
15                             TRUSTEE'S OPPOSITION TO SOMEONE'S
                            MOTION TO CONVERT CASE FROM
16                             CHAPTER 7 TO CHAPTER 11

17                             Date: February 13, 2013
                            Time: 2:00 p.m.
18                             Place: Courtroom 201

19                             The Honorable Roger L. Efremsky, United
                            States Bankruptcy Judge

20          PLEASE TAKE NOTICE that the Declaration of Jeremy W. Katz in Support of Trustee's

21 Opposition to Someone's Motion to Convert Case from Chapter 7 to Chapter 11, Docket No. 47,

22 incorrectly listed the hearing time as 10:00 a.m. The correct hearing time is 2:00 p.m. on

23 February 13, 2013.

24   Date: February 7, 2013            PINNACLE LAW GROUP LLP

25                        By:    Jeremy W. Katz
                              JEREMY W. KATZ
26                             Attorneys for Trustee
                            PAUL J. MANSDORF
27

28

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1871.107           1           Katz Declaration in Support of
Trustee's Opposition to Conversion

Case: 12-48131    Doc# 50    Filed: 02/07/13    Entered: 02/07/13 11:02:23    Page 1 of 1