Exhibit B
to
Declaration of Patrick M. Costello re Motion to
Convert Chapter 7 Case to a Case Under Chapter 11

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

_____

## Entity Details

_____

| | | | |
|---|---|---|---|
| File Number: | **4199058** | Incorporation Date / Formation Date: | **10/30/2006** (mm/dd/yyyy) |
| Entity Name: | **PICONGEN WIRELESS INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |
| Status: | **VOID** | Status Date: | **03/01/2011** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | **2008** | Tax Due: | **$ 407,223.00** |
| Annual Tax Assessment: | **$ 0.00** | Total Authorized Shares: | **100,000,000** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **NATIONAL REGISTERED AGENTS, INC.** | | |
| Address: | **160 GREENTREE DRIVE SUITE 101** | | |
| City: | **DOVER** | County: | **KENT** |
| State: | **DE** | Postal Code: | **19904** |
| Phone: | **(302)674-4089** | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0102S | Incorp Delaware Stock Co. | 3 | 10/30/2006 | 13:15 | 10/30/2006 |

Back to Entity Search

To contact a Delaware Online Agent click here.