Exhibit D
to
Declaration of Patrick M. Costello re Motion to
Convert Chapter 7 Case to a Case Under Chapter 11

Patrick M. Costello, Esq. (Bar No. 117205)
VECTIS LAW GROUP
PMB# 551, 270 Redwood Shores Pkwy
Redwood City, California 94065
Telephone: (650) 320-1688
Facsimile: (650) 320-1687
E-mail: pcostello@vectislawgroup.com

Attorneys for Petitioning Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:                                         ) Case No.: 12-48131-IE
                                               )
Picongen Wireless Inc.,                        ) Chapter 7
            Debtor.                            )
                                               )

## STIPULATION RE ENTRY OF ORDER FOR
## RELIEF IN AN INVOLUNTARY CASE

This stipulation is entered by and between the above-captioned debtor, Picongen Wireless Inc. (the "Debtor"), on the one hand, and Ronald W. Moeckel, Ankit Sahu, Max Lightfoot, and Sai Manapragada (collectively, the "Petitioning Creditors"), by and through their counsel, on the other.

## RECITALS

A.  The Petitioning Creditors filed Involuntary Petition for Relief under Chapter 7 (Docket No.1) against the Debtor on October 3, 2012 (the "Involuntary Petition"). The Court issued the Summons with respect to the Involuntary Petition on October 9, 2012.

B.  The Petitioning Creditors duly served the Summons and Involuntary Petition on the Debtor on October 10, 2012 and October 11, 2012. All services of process were effected within the time limitations of F.R.B.P. 7004(e).

C.  The Debtor does not contest the Involuntary Petition and is willing to consent to the immediate entry of an order for relief.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the Debtor and the

1  Petitioning Creditors as follows:

2  1.      The Debtor does not contest the Involuntary Petition and consents to the
3  immediate entry of an order for relief granting the Involuntary Petition; and

4  2.      The Debtor and the Petitioning Creditors approve the form proposed order as
5  attached hereto as Exhibit A.

Dated: October 24, 2012                    PICONGEN WIRELESS INC.


By:     /s/ Dale Kluesing
Name:   Dale Kluesing
Title:  CEO


Dated: October 25, 2012                    VECTIS LAW GROUP



By:     /s/ Patrick M. Costello
        Patrick M. Costello
        Attorneys for Petitioning Creditors

Exhibit A

to

Stipulation Re Entry of Order For Relief In An Involuntary Case

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 12-48131-IE |
| | ) | |
| Picongen Wireless Inc., | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on October 3, 2012 against the above-named debtor, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is GRANTED.

** END OF ORDER **

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | David Bartlett<br>Vice President & Secretary |
| 3 | Picongen Wireless Inc.<br>61 Faith Lane |
| 4 | Tracy, CA 95377 |
| 5 | Picongen Wireless Inc.<br>Attn: Dale Kluesing, Chief Executive Officer |
| 6 | 2275 Springwood Drive<br>Auburn, AL 36830 |
| 7 | |
| 8 | **All other parties who are participants in CM/ECF for this case, including but not limited to U.S. Trustee, will be served through electronic transmission of the Notice of Electronic Filing.** |