Exhibit F
to
Declaration of Patrick M. Costello re Motion to
Convert Chapter 7 Case to a Case Under Chapter 11

# Patrick Costello

**From:** Patrick Costello
**Sent:** Monday, November 05, 2012 1:59 PM
**To:** jkatz@pinnaclelawgroup.com
**Subject:** RE: Picongen Patent Status

Jeremy,

Attached is a report on the status of various patents that certain of the petitioning creditors are interested in acquiring from the bankruptcy estate. To the extent that the right to pursue these patent applications is lost, the interest in acquiring the rights will be diminished. Has the trustee had any luck in communicating with Kluesing/Bartlett?

Patrick M. Costello
VECTIS LAW GROUP
2225 E. Bayshore Road, Suite 246
Palo Alto, CA 94303
**MAILING ADDRESS:** PMB# 551, 270 Redwood Shores Pkwy, Redwood City, CA 94065
Phone: 650 320 1688
Mobile: 650 269 1898
Facsimile: 650 320 1687

This email and its attachments may contain private, confidential, and privileged material solely for use by the intended recipient. Any review, copying, or distribution of this email or its attachments by any person other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments without further review or distribution.

**From:** Ankit [mailto:ankit.sahu@gmail.com]
**Sent:** Monday, November 05, 2012 12:03 PM
**To:** srush@rushlawgroup.com; Patrick Costello; Sai Manapragada
**Subject:** Fwd: Picongen Patent Status

Patrick

Below us an analysis of the patent status of picongen

We will like to keep these assets in current so that the value if picongen is not minimized

As you can see from the report we have two payment deadlines in the next 30 days and a few that need revival using a patent lawyer.

Please discuss/bring to attention this with the appropriate body

Thanks

Sent from my iPhone

Begin forwarded message:

1

**From:** Sai Manapragada <saimanapragada@sbcglobal.net>
**Date:** November 2, 2012, 4:41:48 PM PDT
**To:** Ankit Sahu <ankit.sahu@gmail.com>
**Cc:** Sai Manapragada <saimanapragada@yahoo.com>
**Subject: Picongen Patent Status**
**Reply-To:** Sai Manapragada <saimanapragada@sbcglobal.net>

<span style="color:red">**The value of the PICONGEN patents - in grave danger of losing their value due to INACTION.**</span>

---

### Patent Publication Number: 20090100495

Patent Title: Wireless multimedia system

STATUS: Abandoned - Failure to Respond by 08/02/12

NOTES: *This patent is irretrievably lost*

---

### Patent Publication Number: 20090002556

Patent Title: Method and Apparatus for Packet Insertion by Estimation

STATUS: Abandoned - Failure to Respond by 08/09/12

NOTES: *This patent is irretrievably lost*

---

### Patent Publication Number: 20090009662

Patent Title: Method and Apparatus for Wireless Clock Regeneration

STATUS: Abandoned - Failure to Pay Issue Fees by 09/21/12

NOTES: *An allowance of this was granted pending payment of Issuance Fee of about $860.00, but the fees have not been paid by the due date provided. So, the Patent Office changed the status of this patent to ABANDONED – which means that this patent is now irretrievably lost*

---

### Patent Publication Number: 20090074051

Patent Title: Method and apparatus for wireless transmission of high data rate streams

STATUS: Non Final Action issued by Patent Office on 08/20/12. The due date to file a response to this Office Action with the Patent Office is 11/20/12

NOTES: *Patent will be lost irretrievably if a response is not filed with the Patent Office by 11/20/12*

---

### Patent Publication Number: 20090006882

Patent Title: Method and Apparatus for Wireless Clock Regeneration

STATUS: Notice of ALLOWANCE was mailed by the Patent Office - Payment is now due by 12/01/12

2

Case: 12-48131    Doc# 55-6    Filed: 02/11/13    Entered: 02/11/13 16:01:58    Page 3 of 4

NOTES: *Fees are due by 12/01/12 in order to protect this patent. If the fees are not paid by the due date 12/01/12, then this patent will be lost irretrievably*

***