Exhibit G
to
Declaration of Patrick M. Costello re Motion to
Convert Chapter 7 Case to a Case Under Chapter 11

# Patrick Costello

**From:** Patrick Costello
**Sent:** Monday, November 05, 2012 4:55 PM
**To:** Jeremy Katz
**Cc:** mansdorftrustee@sbcglobal.net
**Subject:** RE: PICONGEN WIRELESS INC

SEE RESPONSES

Patrick M. Costello
VECTIS LAW GROUP
2225 E. Bayshore Road, Suite 246
Palo Alto, CA 94303
**MAILING ADDRESS:** PMB# 551, 270 Redwood Shores Pkwy, Redwood City, CA 94065
Phone: 650 320 1688
Mobile: 650 269 1898
Facsimile: 650 320 1687

This email and its attachments may contain private, confidential, and privileged material solely for use by the intended recipient. Any review, copying, or distribution of this email or its attachments by any person other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments without further review or distribution.

**From:** Jeremy Katz [mailto:jkatz@pinnaclelawgroup.com]
**Sent:** Monday, November 05, 2012 3:43 PM
**To:** Patrick Costello
**Cc:** mansdorftrustee@sbcglobal.net
**Subject:** RE: PICONGEN WIRELESS INC

I don't have the comments but let's assume you are correct (and it is not abundantly clear from the statutes themselves). As a practical matter, what does it take to keep the patents valid and what is the buyer willing to pay?
NOT SURE. I DOUBT WE WANT TO GO THRU THE PROCESS OF A 364 LOAN TO PAY PATENT COUNSEL. I ASSUME THE BIDDER WOULD ADVANCE FUNDS TO KEEP THE PATENTS ALIVE UNTIL A SALE, BUT THE BIDDER WOULD HAVE TO KNOW IT WOULD GET REIMBURSED

Frankly, the UST does not appreciate a trustee selling assets just to pay administrative expenses and from which creditors get nothing.
UNDERSTOOD. WHAT IF WE OPEN WITH A BID OF $25K PLUS WAIVER OF CLAIMS OF AL OF THE PETITIONING CREDITORS IF BIDDER BACKED BY PETITIONING CREDITORS IS SUCCESSFUL BIDDER? I HAVE TO CONFIRM THE WAIVER OF CLAIMS, BUT THAT WOULD SIGNIFICANTLY ENHANCE THE CASH COMPONENT OF THE PRICE AND LEAVE THE ESTATE WITH VERY LITTLE IN THE WAY OF CLAIMS (I UNDERSTAND THAT YOU HAVE TO GET A HANDLE ON CLAIMS) AND $25K TO PAY ADMIN AND DE MINIMIS CLAIMS.

Jeremy W. Katz
Pinnacle Law Group LLP
425 California Street, Suite 1800

1

San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
Email: jkatz@pinnaclelawgroup.com
Web: www.pinnaclelawgroup.com

---

**From:** Patrick Costello [mailto:pcostello@vectislawgroup.com]
**Sent:** Monday, November 05, 2012 3:33 PM
**To:** Jeremy Katz
**Cc:** mansdorftrustee@sbcglobal.net
**Subject:** RE: PICONGEN WIRELESS INC

A UCC filed with the CA SOS is not effective to give notice or perfect a security interest against a DE corp. See 9301 and cmt 4 and 9307 and cmt 4. To perfect a security interest against a DE corp., the UCC-1 must be filed in DE.

Patrick M. Costello
VECTIS LAW GROUP
2225 E. Bayshore Road, Suite 246
Palo Alto, CA 94303
**MAILING ADDRESS:** PMB# 551, 270 Redwood Shores Pkwy, Redwood City, CA 94065
Phone: 650 320 1688
Mobile: 650 269 1898
Facsimile: 650 320 1687

This email and its attachments may contain private, confidential, and privileged material solely for use by the intended recipient. Any review, copying, or distribution of this email or its attachments by any person other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments without further review or distribution.

---

**From:** Jeremy Katz [mailto:jkatz@pinnaclelawgroup.com]
**Sent:** Monday, November 05, 2012 3:11 PM
**To:** Patrick Costello
**Cc:** mansdorftrustee@sbcglobal.net
**Subject:** FW: PICONGEN WIRELESS INC

Here is the UCC-1 filed in California.
It is my understanding that a UCC-1 is valid if it is filed in the state of incorporation OR in the state in which the debtor is domiciled.

Jeremy W. Katz
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
Email: jkatz@pinnaclelawgroup.com
Web: www.pinnaclelawgroup.com