Exhibit K
to
Declaration of Patrick M. Costello re Motion to
Convert Chapter 7 Case to a Case Under Chapter 11

## Patrick Costello

| From: | Jeremy Katz [jkatz@pinnaclelawgroup.com] |
| --- | --- |
| Sent: | Thursday, January 31, 2013 12:55 PM |
| To: | Patrick Costello |
| Cc: | mansdorftrustee@sbcglobal.net |
| Subject: | RE: Picongen Wireless 12-12-48131 |

I understand, but we need to know where the assets are located. If I should be in touch with Mr. Manapragada directly, let me know. If so, I will need his contact information. Thanks again. Jeremy

Jeremy W. Katz
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
Email: jkatz@pinnaclelawgroup.com
Web: www.pinnaclelawgroup.com

---

**From:** Patrick Costello [mailto:pcostello@vectislawgroup.com]
**Sent:** Thursday, January 31, 2013 11:45 AM
**To:** Jeremy Katz
**Cc:** mansdorftrustee@sbcglobal.net
**Subject:** RE: Picongen Wireless 12-12-48131

Jeremy,

I represented the Debtor only for the limited purpose of filing the motion to convert to Chapter 11: I do not represent the Debtor other than for that limited purpose. Nonetheless, I am forwarding your request to Mr. Manapragada who was recently appointed an officer and director of the Debtor.

I note that while you say that the trustee needs to be able to deliver the physical assets, the binding term sheet provided for the sale on an "as is, where is" basis.

Patrick M. Costello
VECTIS LAW GROUP
2225 E. Bayshore Road, Suite 246
Palo Alto, CA 94303
**MAILING ADDRESS:** PMB# 551, 270 Redwood Shores Pkwy, Redwood City, CA 94065
Phone: 650 320 1688
Mobile: 650 269 1898
Facsimile: 650 320 1687

This email and its attachments may contain private, confidential, and privileged material solely for use by the intended recipient. Any review, copying, or distribution of this email or its attachments by any person other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments without further review or distribution.

---

**From:** Jeremy Katz [mailto:jkatz@pinnaclelawgroup.com]
**Sent:** Thursday, January 31, 2013 10:30 AM

1

**To:** Patrick Costello
**Cc:** mansdorftrustee@sbcglobal.net
**Subject:** Picongen Wireless 12-12-48131

Patrick—

The bankruptcy estate needs to be able to deliver the physical assets being purchased by Sigma Group. Please let me know where the Debtor's books and records, intellectual property, computers, TVs, etc. are located and whom to contact and that person's contact information in order to make arrangements to get them.
Thanks. Jeremy

Jeremy W. Katz
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, California 94104
(415) 394-5700 Phone
(415) 394-5003 Fax
jkatz@pinnaclelawgroup.com
www.pinnaclelawgroup.com

**This message is intended only for the use of the individual or entity to which it is addressed and contains information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. This message is confidential and is attorney-work product or privileged as an attorney-client communication please be sure to retain this message in a secure place and do not make copies or share this information with anyone without first consulting the sender. If you have any questions, please contact the sender. If you received this communication in error, please notify the sender immediately and then delete this message from your system.

## Patrick Costello

| From: | Robert Simon [rsimon@bgsfirm.com] |
| Sent: | Friday, February 01, 2013 9:12 AM |
| To: | jkatz@pinnaclelawgroup.com |
| Cc: | Patrick Costello; Sai Manapragada (saimanapragada@sbcglobal.net); A Sahu (asahu_98 @yahoo.com) |
| Subject: | Picongen |

Jeremy,

The Debtor's equity holders will cooperate with the Trustee regarding the sale of assets to the Sigma Group. The physical assets are not very impressive. They consist of some used computers, WiFi cards, and a couple of TV sets. They are set aside in Sai Manapragada's garage in Hayward, California. Mr. Manapragada will make them available for pick-up at a mutually agreeable time. However, since they are located at his home, you or the trustee will have to call him and make arrangements to meet him for the hand-over. Whoever comes to get the stuff will need a vehicle large enough for a few computers and TV sets. I authorize you to contact Mr. Manapragada directly to make the necessary arrangements.

Mr. Manapragada's home is located at 27457 Green Hazel Road, Hayward, CA 94544.
His telephone number is (510)-543-9655.

Robert A. Simon

BARLOW GARSEK & SIMON, LLP

3815 Lisbon Street
Fort Worth, TX 76107
817.731.4500 (ext. 118)
817.731.6200 (fax)

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any and all such rights of privilege, privacy, and non-disclosure are hereby claimed and are expressly not waived. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and delete the original message. Unauthorized interception of this e-mail is a violation of federal criminal law. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

To comply with United States Treasury Regulations, we advise you that any discussion of Federal tax issues in this e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**Patrick Costello**

| | |
|---|---|
| **From:** | Patrick Costello |
| **Sent:** | Monday, February 04, 2013 5:14 PM |
| **To:** | Jeremy Katz; Robert Simon |
| **Subject:** | RE: Picongen |

I believe the relevant question is who is the responsible individual.

Patrick M. Costello
VECTIS LAW GROUP
2225 E. Bayshore Road, Suite 246
Palo Alto, CA 94303
**MAILING ADDRESS:** PMB# 551, 270 Redwood Shores Pkwy, Redwood City, CA 94065
Phone: 650 320 1688
Mobile: 650 269 1898
Facsimile: 650 320 1687

This email and its attachments may contain private, confidential, and privileged material solely for use by the intended recipient. Any review, copying, or distribution of this email or its attachments by any person other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments without further review or distribution.

**From:** Jeremy Katz [mailto:jkatz@pinnaclelawgroup.com]
**Sent:** Monday, February 04, 2013 4:11 PM
**To:** Robert Simon
**Cc:** Patrick Costello
**Subject:** RE: Picongen

Who is now in charge of the Debtor?

Jeremy W. Katz
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
Email: jkatz@pinnaclelawgroup.com
Web: www.pinnaclelawgroup.com

**From:** Robert Simon [mailto:rsimon@bgsfirm.com]
**Sent:** Monday, February 04, 2013 4:10 PM
**To:** Jeremy Katz
**Cc:** Patrick Costello (pcostello@vectislawgroup.com)
**Subject:** RE: Picongen

Jeremy,

My clients do not have the books, records, or original notes signed by Mr. Manapragada. I would contact David Bartlett and Dale Kluesing. They were in charge of the Debtor until a few days before the hearing on January 22, 2013. Robert Groover would have the best information on the patent applications.

Robert A. Simon

BARLOW GARSEK & SIMON, LLP

3815 Lisbon Street
Fort Worth, TX 76107
817.731.4500 (ext. 118)
817.731.6200 (fax)

_____

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any and all such rights of privilege, privacy, and non-disclosure are hereby claimed and are expressly not waived. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and delete the original message. Unauthorized interception of this e-mail is a violation of federal criminal law. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

To comply with United States Treasury Regulations, we advise you that any discussion of Federal tax issues in this e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Jeremy Katz [mailto:jkatz@pinnaclelawgroup.com]
**Sent:** Monday, February 04, 2013 3:48 PM
**To:** Robert Simon
**Subject:** RE: Picongen

Mr. Simon—
Have you spoken to your clients? We need to know where the assets not at Mr. Manapragada's home are located. Please advise.

Jeremy W. Katz
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
Email: jkatz@pinnaclelawgroup.com
Web: www.pinnaclelawgroup.com

**From:** Robert Simon [mailto:rsimon@bgsfirm.com]
**Sent:** Friday, February 01, 2013 9:33 AM
**To:** Jeremy Katz
**Subject:** RE: Picongen

I don't know. I will ask my clients.

Robert A. Simon

BARLOW GARSEK & SIMON, LLP

3815 Lisbon Street
Fort Worth, TX 76107
817.731.4500 (ext. 118)
817.731.6200 (fax)

_____

CONFIDENTIALITY NOTICE:  The information contained in this e-mail message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any and all such rights of privilege, privacy, and non-disclosure are hereby claimed and are expressly not waived. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and delete the original message. Unauthorized interception of this e-mail is a violation of federal criminal law. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means.  Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

To comply with United States Treasury Regulations, we advise you that any discussion of Federal tax issues in this e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Jeremy Katz [mailto:jkatz@pinnaclelawgroup.com]
**Sent:** Friday, February 01, 2013 11:17 AM
**To:** Robert Simon
**Subject:** RE: Picongen

Thank you.  Where are the business records, including, but not limited to, information regarding the intellectual property, patents, patent applications, etc., and who is in possession of the promissory note(s)?

Jeremy W. Katz
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 394-5700
Facsimile:  (415) 394-5003
Email:  jkatz@pinnaclelawgroup.com
Web:    www.pinnaclelawgroup.com

**From:** Robert Simon [mailto:rsimon@bgsfirm.com]
**Sent:** Friday, February 01, 2013 9:12 AM
**To:** Jeremy Katz
**Cc:** Patrick Costello (pcostello@vectislawgroup.com); Sai Manapragada (saimanapragada@sbcglobal.net); A Sahu (asahu_98@yahoo.com)
**Subject:** Picongen

Jeremy,

The Debtor's equity holders will cooperate with the Trustee regarding the sale of assets to the Sigma Group. The physical assets are not very impressive. They consist of some used computers, WiFi cards, and a couple of TV sets. They are set aside in Sai Manapragada's garage in Hayward, California. Mr. Manapragada will make them available for pick-up at a mutually agreeable time. However, since they are located at his home, you or the trustee will have to call him and make arrangements to meet him for the hand-over. Whoever comes to get the stuff will need a vehicle large enough for a few computers and TV sets. I authorize you to contact Mr. Manapragada directly to make the necessary arrangements.

Mr. Manapragada's home is located at 27457 Green Hazel Road, Hayward, CA 94544.
His telephone number is (510)-543-9655.

Robert A. Simon

BARLOW GARSEK & SIMON, LLP

3815 Lisbon Street
Fort Worth, TX 76107
817.731.4500 (ext. 118)
817.731.6200 (fax)

_____

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any and all such rights of privilege, privacy, and non-disclosure are hereby claimed and are expressly not waived. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and delete the original message. Unauthorized interception of this e-mail is a violation of federal criminal law. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

To comply with United States Treasury Regulations, we advise you that any discussion of Federal tax issues in this e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.