Robert A. Simon
Texas Bar No. 18390000
BARLOW GARSEK & SIMON, LLP
3815 Lisbon Street
Fort Worth, Texas 76107
Telephone: (817) 731-4500
Facsimile: (817) 731-6200
E-Mail: rsimon@bgsfirm.com
**Attorneys for Certain
Shareholders of the Debtor**
(*Pro Hac Vice* Application Pending)

Patrick M. Costello, Esq.
Bar No. 117205
VECTIS LAW GROUP
PMB# 551, 270 Redwood Shores Pkwy
Redwood City, California 94065
Telephone: (650) 320-1688
Facsimile: (650) 320-1687
E-mail: pcostello@vectislawgroup.com
**(Local Counsel for Certain Shareholders
of the Debtor)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

PICONGEN WIRELESS INC.,

    Debtor,

Case No.: 12-48131 RLE 7

Chapter 7

The Honorable Roger L. Efremsky
United States Bankruptcy Judge

STATEMENT OF ISSUES ON APPEAL
AND DESIGNATION OF RECORD

    Sai Manapragada, Ankit Sahu, Ronald W. Moeckel, Sharat Kumar Yempati, and Max Lightfoot, equity holders of the Debtor, Picongen Wireless, Inc., pursuant to Federal Rule of Bankruptcy Procedure 8006 hereby file this Statement of Issue on Appeal and Designation of

STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD- PAGE 1

Appellate Record regarding their appeal from the Order Approving Sale of Estate's Interest in Substantially All Assets of the Bankruptcy Estate Free and Clear of Certain Claims of Lien and Other Interests to Sigma Group, Inc., entered on January 23, 2013 [Docket No. 41] (the "Order"). A time Notice of Appeal was filed on February 5, 2013 [Docket No. 45].

# I.

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Chapter 7 Trustee (the "Trustee") abused his discretion or failed to exercise appropriate business judgment in declining to halt, re-notice and re-convene the January 22, 2013 auction of the Debtor's assets when the bid price rose to more than four (4) times the price initially offered by the Sigma Group;

2. Whether the Trustee properly noticed the auction that occurred on January 22, 2013.

3. Whether the Trustee properly marketed the Debtor's assets appropriately before allowing them to be auctioned.

4. Whether the Trustee abused his discretion or failed to use appropriate business judgment in refusing to consider the bid value to the estate of voluntary reductions in claims against the Estate offered by certain bidders at the auction, including Sai Manapragada.

5. Whether the Bankruptcy Court abused its discretion in failing to consider the Debtor's Motion to Convert Case to Chapter 11 [Docket No. 34] before proceeding to an auction, which effectively rendered such Motion moot.

II.

DESINGATION OF APPELLATE RECORD

1. The Docket in the Debtor's Chapter 11 case, as of February 19, 2013;
2. The involuntary petition filed on October 3, 2012 [Docket No. 1];
3. Order for Relief [Docket No. 6];
4. Summary of Schedules and Statement of Financial Affairs [Docket No. 7];
5. Motion to Sell Property Free and Clear and all attachments thereto [Docket No. 15];
6. Notice of Hearing re: Motion to Sell Property Free and Clear [Docket No. 16];
7. Notice of Possible Dividends [Docket No. 19];
8. Motion to Reschedule or Continue Hearing on Offer to Purchase Assets Free and Clear of Lien, filed by Creditor, Robert Groover [Docket No. 25];
9. Offer to Purchase Assets, filed by Creditor, Robert Groover [Docket No. 27];
10. Opposition to Proposed Sale [Docket No. 28];
11. Reply to Robert Groover's Opposition to Proposed Sale [Docket No. 29];
12. Declaration of Patrick Costello: re Chapter 7 Trustee's Sale Motion and all exhibits thereto [Docket No. 30];
13. Order Overruling Opposition to Motion for Order Approving Sale of Estate's Interest in Substantially All of the Bankruptcy Estate Free and Clear of Certain Claims of Lien and Other Interests [Docket No. 32];
14. Motion to Convert Case to Chapter 11 [Docket No. 34];

15. Notice of Hearing of Motion to Convert Chapter 7 Case to a Case under Chapter 11 [Docket No. 35];

16. Supplemental Document, Trustee's Further Support of Auction Sale and Preliminary Opposition to Debtor's Motion to Convert to Chapter 11 [Docket No. 37];

17. Transcript of Hearing on January 22, 2013 before the Honorable Roger Efremsky;

18. Order Approving Sale of Estate's Interest in Substantially All Assets of the Bankruptcy Estate Free and Clear of Certain Claims of Lien and Other Interests [Docket No. 41];

19. Notice of Appeal [Docket No. 45];

20. Brief/Memorandum in Opposition to Someone's Motion to Convert Case from Chapter 7 to Chapter 11 [Docket No. 46];

21. Declaration of Jeremy Katz in Support of Trustee's Opposition to Someone's Motion to Convert Case from Chapter 7 to Chapter 11 [Docket No. 47];

22. Notice of Errata [Docket No. 49];

23. Declaration of Patrick M. Costello re: Motion to Convert Chapter 7 Case to a Case Under Chapter 11 and all exhibits thereto [Docket No. 54];

24. Declaration of Patrick M. Costello re: Motion to Convert Chapter 7 Case to a Case under Chapter 11 [Docket No. 55];

25. Withdrawal of Documents: Withdrawal of Motion to Convert Chapter 7 Case to a Case under Chapter 11 [Docket No. 56].

Respectfully submitted,

BARLOW GARSEK & SIMON, LLP

By: /s/ Robert A. Simon
 Robert A. Simon
 Texas Bar No. 18390000
 Spencer D. Solomon
 Texas Bar No. 24066117

3815 Lisbon Street
Fort Worth, Texas 76107
817.731.4500 (Telephone)
817.731.6200 (Facsimile)
Attorneys for Appellants, Certain Shareholders of the Debtor (Admitted *Pro Hac Vice*)

**VECTIS LAW GROUP**

By: /s/ Patrick M. Costello
 Patrick M. Costello
 California Bar No. 117205

PMB# 551, 270 Redwood Shores Pkwy
Redwood City, California 94065
Telephone: (650) 320-1688
Facsimile: (650) 320-1687
Local counsel for Appellants, Certain Shareholders of the Debtor

# CERTIFICATE OF SERVICE

I hereby certify on this 19th day of February, 2013, that I served a true and correct copy of the foregoing Notice of Appeal upon the below listed parties by U. S. First Class Mail.

/s/ Robert A. Simon

_____
Robert A. Simon

Service List

| | | |
|---|---|---|
| Averett Living Trust<br>c/o Ruth Donohue<br>805 General Cornwallis Drive<br>West Chester, PA 19382-8031 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 |
| Patrick M. Costello<br>Vectis Law Group<br>270 Redwood Shores Pkwy.<br>PMB# 551<br>Redwood City, CA 94065-1173 | Dale Kluesing<br>2275 Springwood Drive<br>Auburn, AL 36830-7231 | David Bartlett<br>61 Faith Lane<br>Tracy, CA 95377-1140 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 | Groover & Associates<br>P. O. Box 293748<br>Lewisville, TX 75029-3748 | Jeremy W. Katz<br>Pinnacle Law Group<br>425 California Street #1800<br>San Francisco, CA 94104 |
| Labor Commissioner<br>1515 Clay Street<br>Room 801<br>Oakland, CA 94612-1463 | Ronald W. Moeckel<br>c/o Stephen K. Rush, Esq.<br>Niesar & Vestal LLP<br>90 New Montgomery St, 9th Floor<br>San Francisco, CA 94105-4504 | Paul Mansdorf<br>1563 Solano Avenue #703<br>Berkeley, CA 94707-2116 |
| Max Lightfoot<br>1050 North Point St, Apt. 501<br>San Francisco, CA 94109-1090 | Richard L. Pierotti<br>Kokjer, Pierotti, Maiocco & Duck<br>333 Pine St., 5th Floor<br>San Francisco, CA 94104-3319 | Office of the U. S. Trustee/Oak<br>Office of the U. S. Trustee<br>1301 Clay Street #690N<br>Oakland, CA 94612-5231 |
| Picongen Wireless Inc.<br>2275 Springwood Drive<br>Auburn, AL 36830-7231 | State Board of Equalization<br>Collection Department<br>P. O. Box 942879<br>Sacramento, CA 94279-0001 | Robert O. Groover III<br>P. O. Box 293748<br>Lewisville, TX 75029-3748 |
| Linda L. Sorensen<br>Pinnacle Law Group LLP<br>425 California Street #1800<br>San Francisco, CA 94104-2203 | Ankit Sahu<br>1914 Golden Gate Avenue<br>San Francisco, CA 94115-4313 | Sharat K. Yempati<br>15727 Cutten Road<br>Apt. 908<br>Houston, TX 77070-3948 |
| Sai Manapragada<br>27457 Green Hazel Road<br>Hayward, CA 94544-1254 | | U. S. Attorney<br>Civil Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD- PAGE 6