# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In re Debtor(s): | Case No.: 12–48131 RLE 7 |
|---|---|
| | Chapter: 7 |
| Picongen Wireless Inc. | |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 1/22/2013 was filed on April 13, 2013. The following deadlines apply:

The parties have until Monday, April 22, 2013 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, May 6, 2013.

If a request for redaction is filed, the redacted transcript is due Tuesday, May 14, 2013.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Friday, July 12, 2013, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jo McCall
Jo McCall Court Reporting
2868 East Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 4/17/13

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court