# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: acounts | Date Created: 4/15/2013 |
| Case: 12–48131 | Form ID: TRANSC | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| cr | Robert O. Groover III |
| intp | XStream Wireless Works, Inc. |
| stkhld | Max Lightfoot |
| stkhld | Sharat Kumar Yempati |
| stkhld | Ronald Moeckel |
| stkhld | Ankit Sahu |
| stkhld | Sai Manapragada |

TOTAL: 7

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Paul Mansdorf | mansdorftrustee@sbcglobal.net |
| tract | Richard L. Pierotti | Rpierotti@kpmd.com |
| aty | Jeremy W. Katz | JKATZ@PINNACLELAWGROUP.COM |
| aty | Linda L. Sorensen | lsorensen@pinnaclelawgroup.com |
| aty | Patrick M. Costello | pcostello@vectislawgroup.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Picongen Wireless Inc. | 2275 Springwood Dr | Auburn, AL 36830 | |
| ptcrd | Ronald W Moeckel | c/o Stephen K. Rush, Esq. | Niesar &Vestal LLP | 90 New Montgomery St., 9th Floor     San Francisco, CA 94105 |
| ptcrd | Ankit Sahu | 1914 Golden Gate Ave | San Francisco, CA 94115 | |
| ptcrd | Max Lightfoot | 1050 North Point St., Apt 501 | San Francisco, CA 94109 | |
| ptcrd | Sai Manapragada | 27457 Green Hazel Road | Hayward, CA 94544 | |
| aty | Henry W. Simon | Barlow, Garsek and Simon, LLP | 3815 Lisbon St. | Fort Worth, TX 76107 |

TOTAL: 6