JEREMY W. KATZ (SBN: 119418)
LINDA SORENSEN (SBN: 72753)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Email: jkatz@pinnaclelawgroup.com
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Trustee
PAUL J. MANSDORF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PICONGEN WIRELESS INC.,<br><br>Debtor. | Case No. 12-48131 RLE 7<br><br>Chapter 7<br><br>MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY WITH SIGMA GROUP, INC.<br><br>Date: May 6, 2013<br>Time: 1:00 p.m.<br>Room: 201, Judge Efremsky |

Paul J. Mansdorf, Trustee of the above-named Debtor's bankruptcy estate (the "Trustee"), hereby moves the Court for an Order authorizing him to enter into a compromise of controversy with Sigma Group, Inc. ("Sigma Group") resolving Adversary Proceeding No. 13-04064, *Mansdorf v. Sigma Group* (the "Action"), on the terms set forth in the memorandum of points and authorities and in the Settlement Agreement attached as Exhibit "A" to the Trustee's declaration in support of the Motion. The proposed compromise ends litigation concerning the sale to and purchase by Sigma Group of substantially all of the assets of the bankruptcy estate.

///

///

///

1871.107   1   COMPROMISE MOTION

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 12-48131   Doc# 60   Filed: 04/15/13   Entered: 04/15/13 13:06:15   Page 1 of 2

The Motion is made pursuant Bankruptcy Code § 9019, B.L.R 9014-1(c)(2), the notice of motion, the motion, the memorandum of points and authorities, the supporting declaration, and any evidence that the Court requests or requires prior to or at the hearing on the Motion.

Dated: April 15, 2013 PINNACLE LAW GROUP LLP

By: *Jeremy W. Katz*
JEREMY W. KATZ
Attorneys for Trustee Paul J. Mansdorf

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700