JEREMY W. KATZ (SBN: 119418)
LINDA SORENSEN (SBN: 72753)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Email: jkatz@pinnaclelawgroup.com
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Chapter 7 Trustee
PAUL J. MANSDORF

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 12-48131 RLE 7 |
| PICONGEN WIRELESS INC., | Chapter 7 |
| Debtor. | CERTIFICATE OF SERVICE |

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On April 15, 2013, I served the documents described as:

**MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY WITH SIGMA GROUP, INC.;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY WITH SIGMA GROUP, INC.;**

**DECLARATION ON PAUL J. MANSDORF, TRUSTEE IN SUPPORT OF MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY WITH SIGMA GROUP, INC**

1871.107  1  CERTIFICATE OF SERVICE

Pinnacle Law Group LLP
425 California Street
Suite 1800
San Francisco, CA 94104
(415) 394-5700

Case: 12-48131   Doc# 60-3   Filed: 04/15/13   Entered: 04/15/13 13:06:15   Page 1 of 4

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| ATTACHED MAILING MATRIX | Eric Nyberg, Esq.<br>Kornfield, Nyberg, Bendes & Kuhner<br>1970 Broadway, Suite 225<br>Oakland, CA  94612 |
| Dale Kluesing<br>2275 Springwood Drive<br>Auburn, AL  36830 | Averett Family Trust<br>c/o Ruth Donohue<br>805 General Cornwallis Drive<br>West Chester, PA  19382 |
| Robert A. Simon, Esq.<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon Street<br>Fort Worth, TX  76107 | *COURTESY COPY*<br>United States Bankruptcy Court<br>Northern District, Oakland Division<br>Judge Roger L. Efremsky<br>1300 Clay Street, 3rd Floor<br>Oakland, CA 94612 |
| Robert O. Groover III, Esq.<br>P.O. Box 293748<br>Lewisville, TX  75029-3748 | |

**[X]** **U.S. MAIL**: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

| | |
|---|---|
| Robert O. Groover III, Esq.<br>groover@technopatents.com | Robert A. Simon, Esq.<br>rsimon@bgsfirm.com |
| Eric Nyberg, Esq.<br>e.nyberg@kornfieldlaw.com | |

**[X]** **BY E-MAIL**:  On the date stated above, I transmitted such document(s) by electronic mail to the persons listed above at the electronic notification address listed above. The transmission was reported as complete and without error.

**[X]** **BY E-MAIL/NEF**:  Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Executed on April 15, 2013, at Bodega Bay, California.

/s/ Heather Pruitt
HEATHER PRUITT

1871.107     2     CERTIFICATE OF SERVICE

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 12-48131   Doc# 60-3   Filed: 04/15/13   Entered: 04/15/13 13:06:15   Page 2 of 4

```
Label Matrix for local noticing          Sai Manapragada                      Ankit Sahu
0971-4                                   27457 Green Hazel Road,              1914 Golden Gate Avenue
Case 12-48131                            Hayward, CA 94544-1254               San Francisco Ca 94115-4313
Northern District of California
Oakland
Fri Apr 12 08:14:44 PDT 2013

Ankit Sahu                               Averett Living Trust                 CA Employment Development Dept.
c/o Robert A. Simon                      c/o Ruth Donohue                     Bankruptcy Group MIC 92E
Barlow Garsek & Simon LLP                805 General Cornwallis Drive         P.O. Box 826880
3815 Lisbon St                           West Chester,                        Sacramento, CA 94280-0001
Fort Worth, TX 76107-5699                Chester PA 19382-8031

CA Franchise Tax Board                   Patrick M. Costello                  Dale Kluesing
Special Procedures Bankruptcy Unit       Vectis Law Group                     2275 Springwood Drive
P.O. Box 2952                            270 Redwood Shores Pkwy.             Auburn Al 36830-7231
Sacramento, CA 95812-2952                PMB# 551
                                         Redwood City, CA 94065-1173

David E. Bartlett                        Franchise Tax Board                  Groover & Associates 1'LCC
455 Golden Eagle Drive                   Bankruptcy Section  MS A340          Box 293748,
Broomfield, CO 80020-1273                PO Box 2952                          Lewisville, TX 75029-3748
                                         Sacramento CA 95812-2952

Jeremy W. Katz                           Labor Commissioner                   Max Lightfoot
Pinnacle Law Group                       1515 Clay St.                        1050 North Point St., Apt 501
425 California St. #1800                 Room 801                             San Francisco, CA 94109-1090
San Francisco, CA 94104-2203             Oakland, CA 94612-1463

Paul Mansdorf                            Max Lightfoot                        Max Lightfoot
1563 Solano Ave. #703                    1050 North point St. Apt #501        c/o Robert A. Simon
Berkeley, CA 94707-2116                  San Francisco, CA 94109-1090         Barlow Garsek & Simon LLP
                                                                              3815 Lisbon St
                                                                              Fort Worth, TX 76107-5699

Ronald W Moeckel                         Office of the U.S. Trustee/Oak       Picongen Wireless Inc.
c/o Stephen K. Rush, Esq.                Office of the U.S. Trustee           2275 Springwood Dr
Niesar & Vestal LLP                      1301 Clay St. #690N                  Auburn, AL 36830-7231
90 New Montgomery St., 9th Floor         Oakland, CA 94612-5231
San Francisco, CA 94105-4504

Richard L. Pierotti                      Robert O. Groover III                Ronald Moeckel
Kokjer, Pierotti, Maiocco and Duck       P.O. Box 293748                      c/o Stephen K. Rush, Esq
333 Pine St. 5th Fl.                     Lewisville, TX 75029-3748            Niesar & Vestal LL1'
San Francisco, CA 94104-3319                                                  90 New Montgomery St. 9th Floor
                                                                              San Francisco ca 94105-4504

Ronald Moeckel                           Ronald W. Moeckel                    Sai Manapragada
c/o Stephen K. Rush, Esq                 c/o Robert A. Simon                  c/o Robert A. Simon
Niesar & Vestal LLP                      Barlow Garsek & Simon LLP            Barlow Garsek & Simon LLP
90 New Montgomery St. 9th Floor          3815 Lisbon St                       3815 Lisbon St
San Francisco, CA 94105-4504             Fort Worth, TX 76107-5699            Fort Worth, TX 76107-5699

Sharat K. Yempati                        Sharat Kumar Yempati                 Henry W. Simon
15727 Cutten Rd.                         c/o Robert A. Simon - Barlow Garsek & Si   Barlow, Garsek and Simon, LLP
Apt #908                                 3815 Lisbon Street                   3815 Lisbon St.
Houston, TX 77070-3948                   Fort Worth, TX 76107-5601            Fort Worth, TX 76107-5699
```

| | | |
|---|---|---|
| Linda L. Sorensen<br>Pinnacle Law Group LLP<br>425 California St. #1800<br>San Francisco, CA 94104-2203 | State Board of Equalization<br>Collection Dept.<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Sharat Kumar Yempati | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Dale Kluesing<br>2275 Springwood drive<br>Auburn Al 36830-7231 | (u)Roger L. Efremsky<br>Oakland | (u)Robert O. Groover III |
| (u)Max Lightfoot | (u)Sai Manapragada | (d)Sai Manapragada<br>27457 Green Hazel Road<br>Hayward, CA 94544-1254 |
| (u)Ronald Moeckel | (u)Ankit Sahu | (d)Ankit Sahu<br>1914 Golden Gate Ave<br>San Francisco, CA 94115-4313 |
| (d)Sai Manapragada<br>27457 Green Hazel Road,<br>Hayward, CA 94544-1254 | (u)XStream Wireless Works, Inc. | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients    11<br>Total                  44 |