```
Entered on Docket
May 07, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```

JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Email: jkatz@pinnaclelawgroup.com
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Trustee
PAUL J. MANSDORF

The following constitutes
the order of the court. Signed May 7, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

PICONGEN WIRELESS INC.,

                Debtor.

Case No. 12-48131 RLE 7

Chapter 7

ORDER APPROVING COMPROMISE OF CONTROVERSY WITH SIGMA GROUP

Date: May 6, 2013
Time: 1:00 p.m.
Place: Courtroom 201

The Honorable Roger L. Efremsky, United States Bankruptcy Judge

      On May 6, 2013, a hearing was held before the Honorable Roger L. Efremsky, United States Bankruptcy Judge, on Paul J. Mansdorf, Trustee's "Motion for Order Approving Compromise of Controversy with Sigma Group, Inc." ECF #60 (the "Compromise Motion"). Appearances were as noted on the record. Upon consideration of the moving papers, the arguments of counsel in open court, no opposition having been filed, for the reasons stated on the record, and good cause appearing,

      **IT IS HEREBY ORDERED AS FOLLOWS:**

      1.      Notice is appropriate and is approved;

1871.107                     1                     COMPROMISE ORDER

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 12-48131   Doc# 64   Filed: 05/07/13   Entered: 05/07/13 15:59:02   Page 1 of 3

2. The Compromise Motion is granted;

3. Paul J. Mansdorf, Trustee (the "Trustee") is authorized to compromise the controversy with Sigma Group resolving the Adversary Proceeding entitled *Mansdorf v. Sigma Group, Inc.,* Adversary Proceeding No. 13-04064, pursuant to the terms and conditions contained in the Settlement Agreement attached to the declaration of Paul J. Mansdorf, Trustee in support of the Compromise Motion, ECF #60-2; and

4. The Trustee is authorized to take any and all steps necessary or appropriate to effectuate the compromise.

*** END OF ORDER ***

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

**COURT SERVICE LIST**

1871.107     3     **COMPROMISE ORDER**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 12-48131    Doc# 64    Filed: 05/07/13    Entered: 05/07/13 15:59:02    Page 3 of 3