Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):** Picongen Wireless Inc. | Case No.: 12–48131 RLE 7<br>Chapter: 7 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 01/22/13 was filed on July 19, 2013. The following deadlines apply:

The parties have until Friday, July 26, 2013 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Friday, August 9, 2013.

If a request for redaction is filed, the redacted transcript is due Monday, August 19, 2013.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Thursday, October 17, 2013, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Susan Palmer
Palmer Reporting Services
P.O. Box 30727
Stockton, CA 95213–0727

or you may view the document at the clerk's office public terminal.

Dated: 7/25/13

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court