1 ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
2 **KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
3 Oakland, California 94612
Telephone: (510) 763-1000
4 Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
5 Email: c.kuhner@kornfieldlaw.com

6 Attorneys for Sigma Group, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-48131 RLE 7 |
| PICONGEN WIRELESS, INC,, | Chapter 7 |
| Debtor. | **APPLICATION FOR ORDER REQUIRING APPEARANCE FOR EXAMINATION AND TO PRODUCE DOCUMENTS PURSUANT TO F.R.B.P. 2004** |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Your applicant, Sigma Group, Inc. ("Sigma"), in the above-referenced bankruptcy case, hereby requests that the Court issue an order requiring Sai Manapragada in both his capacity as the Chief Technology Officer and President of the Debtor and individually to appear and produce the documents which are described in Exhibit A attached to this application and to the proposed order allowing Rule 2004 examination.

It is necessary to examine Mr. Manapragada regarding the intellectual property of the Debtor which was purchased by Sigma. Mr. Manapragada was the Chief Technology Officer and President of the Debtor.

///

///

///

**WHEREFORE**, your applicant requests an order directing Sai Manapragada to appear on September 11, 2013 at 10:00 a.m. at the Law Offices of Kornfield, Nyberg, Bendes & Kuhner, P.C., 1970 Broadway, Suite 225, Oakland, California, to testify and to produce the documents described in <u>Exhibit A</u> attached hereto

Dated: August 15, 2013     KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

By: /s/ Eric A. Nyberg
    (Bar No. 131105)
    Attorneys for Secured Creditor Summit Bank

# EXHIBIT "A"
## DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions apply to this order requiring Sai Manapragada to produce documents pursuant to Federal Rule of Bankruptcy Procedure 2004:

1.  As used herein, unless the context requires, the term "documents" includes all written, graphic or otherwise recorded matter, however produced or reproduced, including the originals (or any copies when originals are not available), and non-identical copies (which are different from the originals because notes were made on such copies or because the copies may have been sent to different individuals than the original, or for any other reason) and preliminary or final drafts of writings, records and recordings of every kind and description, whether inscribed by hand or by mechanical, electronic, microfilm, photographic or other means, as well as phonic (such as tape recordings), or visual reproductions of all statements, conversations or events, and including without limitation to correspondence, teletype messages, notes, reports, compilations, contracts, deeds, canceled checks, escrow papers, loan documents, promissory notes, receipts, schedules, studies, tabulations, tallies, maps, charts, diagrams, drawings, plan, pictures, computer runs, advertising and promotional materials, press releases, minutes and records of any sort of meetings, memorandum of all types, inter-office or intra-office communications, notes of conversations, vouchers, financial calculations, financial statements, working papers, statistical analysis, invoices, purchase orders, expense account records, stenographers notebooks, desk calendars, all abstracts, summaries and analysis of the above and all other recorded matter of every nature and kind, which are in the possession, custody or control of the debtor, his agents and/or attorneys.

2.  The terms "YOU" and "YOUR" as used herein includes Sai Manapragada in both his capacity as the Chief Technology Officer and President of the Debtor as well as individually, his agent(s), predecessors, attorney(s), or representative (s) or any other person(s) acting under their control, direction or on his behalf.

3.  The term "DEBTOR" as used herein shall mean Picongen Wireless, Inc.

4.  The term "BANKRUPTCY CASE" as used herein shall mean Chapter 7 case number 12-48131 RLE 7.

## REQUESTED DOCUMENTS

1.  All corporate minute books, articles of incorporation and by-laws of the Debtor.

2.  All documents relating to any and all patents and/or patent applications of the Debtor.

3.  All product literature distributed by the Debtor to the public during the last three (3) years.

Application for Order Requiring Appearance for Examination and to Produce Documents Pursuant to FRBP 2004

-3-

4. All contracts for products or services of the Debtor.

5. All bids, proposals and awards as of the time of the filing of the BANKRUPTCY CASE.

6. All documents relating to development projects of the Debtor in the product pipeline as of the filing of the BANKRUPTCY CASE.

7. All documents relating to product development of the Debtor during the last three (3) years, including but not limited to configuration and integration details.

8. All documents relating to notes receivable of the Debtor.

9. All documents relating to patents, trademarks, copyrights and trade names of the Debtor.

10. All documents relating or referring to proprietary processes of the Debtor.

11. All Invention Assignment and Confidentiality Agreements executed by employees of the Debtor.

12. All documents relating to any intellectual property license to which the Debtor is a party.

13. All correspondence relating to patents, and/or patent applications of the Debtor.

14. All documentation, drafts, or otherwise for all of the Debtor's products and/or prototypes.

15. All reference and design documentation of the Debtor.

16. All product development plans of the Debtor.

17. All documents relating to, or referring to products or prototype verification procedures, verification and test results of the Debtor.

18. All communications between the Debtor and any customers or potential customers.

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 225, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 16, 2013, I served the following documents:

**APPLICATION FOR ORDER REQUIRING APPEARANCE FOR EXAMINATION AND TO PRODUCE DOCUMENTS PURSUANT TO F.R.B.P. 2004;**

**[PROPOSED] ORDER REQUIRING APPEARANCE FOR EXAMINATION AND TO PRODUCE DOCUMENTS PURSUANT TO F.R.B.P. 2004**

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

| | |
|---|---|
| U.S. Trustee<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612 | Sai Manapragada<br>27457 Green Hazel Road<br>Hayward, CA 94544 |
| Paul Mansdorf<br>1563 Solano Ave. #703<br>Berkeley, CA 94707 | Jeremy Katz<br>Shier Katz RLLP<br>930 Montgomery Street<br>6th Floor<br>San Francisco, CA 94133 |

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the Request for Notice.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of August, 2013 at Oakland, California.

/s/ Jessica Mangaccat