The following constitutes
the order of the court. Signed August 29, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

JEREMY W. KATZ (SBN: 119418)
shierkatz RLLP
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Email: jkatz@shierkatz.com
Telephone: (415) 895-2985
Facsimile: (415) 520-5879

Attorneys for Trustee
PAUL J. MANSDORF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PICONGEN WIRELESS INC.,<br><br>                Debtor. | Case No. 12-48131 RLE 7<br><br>Chapter 7<br><br>ORDER APPROVING COMPROMISE OF CONTROVERSY WITH ROBERT O. GROOVER III<br><br>Date: August 28, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 201<br><br>The Honorable Roger L. Efremsky, United States Bankruptcy Judge |

      On August 28, 2013, a hearing was held before the Honorable Roger L. Efremsky, United States Bankruptcy Judge, on Paul J. Mansdorf, Trustee's "Motion for Order Approving Compromise of Controversy with Robert O. Groover, III (Attorney Lien)" ECF #74 (the "Compromise Motion"). Appearances were as noted on the record. Upon consideration of the moving papers, the arguments of counsel in open court, no opposition having been filed, for the reasons stated on the record, and good cause appearing,

///

///

shierkatz RLLP
930 Montgomery St., Fl 6
San Francisco, CA 94133
(415) 691-7027

1871.107

1

COMPROMISE ORDER

Case: 12-48131    Doc# 82    Filed: 08/29/13    Entered: 08/30/13 11:16:32    Page 1 of 3

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Notice is appropriate and is approved;

2. The Compromise Motion is granted;

3. Paul J. Mansdorf, Trustee (the "Trustee") is authorized to compromise the controversy with Robert O. Groover, III, resolving the Adversary Proceeding entitled *Mansdorf v. Groover et al.,* Adversary Proceeding No. 13-04110, pursuant to the terms and conditions contained in the Settlement Agreement attached to the declaration in support of the Compromise Motion, ECF #75;

4. Accordingly, the Trustee is authorized to pay Groover & Associates PLLC the sum of $25,000 as an unsubordinated secured claim and $2,236 as an administrative expense, and to provide for the balance of the prepetition Proof of Claim #1-1 in the final account as a subordinated secured claim ahead of general unsecured claims; and

5. The Trustee is authorized to take any and all steps necessary or appropriate to effectuate the compromise.

*** END OF ORDER ***

shierkatz RLLP
930 Montgomery St., Fl 6
San Francisco, CA 94133
(415) 691-7027

**COURT SERVICE LIST**

Robert O. Groover, III, Esq.
P.O. Box 293748
Louisville, TX 75029-3748

shierkatz RLLP
930 Montgomery St., Fl 6
San Francisco, CA 94133
(415) 691-7027