# Notice Recipients

District/Off: 0971−4        User: acounts        Date Created: 8/30/2013
Case: 12−48131        Form ID: pdfeoc        Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        Robert O. Groover III
       TOTAL: 1