# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: PICONGEN WIRELESS INC. § Case No. 12-48131
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 03, 2012. The undersigned trustee was appointed on October 30, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of  $  150,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 25,000.00 |
   | Administrative expenses | 3,270.50 |
   | Bank service fees | 1,774.35 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $  119,955.15 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/15/2013 and the deadline for filing governmental claims was 04/01/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,750.00, for a total compensation of $10,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $64.87, for total expenses of $64.87.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/14/2014     By: /s/Paul J Mansdorf
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-48131  
**Case Name:** PICONGEN WIRELESS INC.

**Trustee:** (007400) Paul J Mansdorf  
**Filed (f) or Converted (c):** 10/03/12 (f)  
**§341(a) Meeting Date:** 12/12/12

**Period Ending:** 04/14/14

**Claims Bar Date:** 03/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America | 15.00 | 15.00 | | 0.00 | FA |
| 2 | Bank of America account 01561-42647 Account clos | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Laptops (2) Large Plasma Displays(2) Desktop Com<br>See asset 5 | 31,000.00 | 31,000.00 | | 0.00 | FA |
| 4 | Loans to Sal Manapragda plus interest<br>associated claims litigation pending against him | 62,921.60 | 62,921.60 | | 0.00 | FA |
| 5 | Picongen System Patents<br>Auction held - purchase price for assets 3, 5, 6, 7<br>and 8 included | 135,000.00 | 135,000.00 | | 150,000.00 | FA |
| 6 | Computer software Altera<br>See Asset 5 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 7 | Computer software Northwest LogiP<br>See Asset 5 | 21,000.00 | 21,000.00 | | 0.00 | FA |
| 8 | Picongen Developed Software fpr POC<br>See Asset 5 | 210,000.00 | 210,000.00 | | 0.00 | FA |
| 8 | Assets   Totals (Excluding unknown values) | **$463,936.60** | **$463,936.60** | | **$150,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    TFR after tax payments clear

**Initial Projected Date Of Final Report (TFR):** December 15, 2013       **Current Projected Date Of Final Report (TFR):** April 14, 2014 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-48131  
**Case Name:** PICONGEN WIRELESS INC.

**Taxpayer ID #:** **-***6862  
**Period Ending:** 04/14/14

**Trustee:** Paul J Mansdorf (007400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****398166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/13 | {5} | Sigma Group, Inc. | Asset purchase | 1129-000 | 150,000.00 | | 150,000.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.02 | 149,848.98 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.71 | 149,626.27 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.86 | 149,425.41 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.41 | 149,189.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.58 | 148,974.42 |
| 09/18/13 | 101 | Robert O. Groover III | Per Order Doc. #82 | 2990-800 | | 2,236.00 | 146,738.42 |
| 09/18/13 | 102 | Robert O. Groover III | Per Order Doc. #82 | 4210-000 | | 25,000.00 | 121,738.42 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.91 | 121,536.51 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.31 | 121,344.20 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.89 | 121,181.31 |
| 12/17/13 | 103 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/17/2013 FOR CASE #12-48131, Bond #016048574 | 2300-000 | | 214.50 | 120,966.81 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.66 | 120,775.15 |
| 01/25/14 | 104 | Franchise Tax Board | 2013 Form 100 - Picongen WIreless, Inc. B/E | 2820-000 | | 820.00 | 119,955.15 |
| | | | **ACCOUNT TOTALS** | | 150,000.00 | 30,044.85 | **$119,955.15** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 150,000.00 | 30,044.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$150,000.00** | **$30,044.85** | |

Net Receipts : 150,000.00  
Net Estate : $150,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****398166** | 150,000.00 | 30,044.85 | 119,955.15 |
| | $150,000.00 | $30,044.85 | $119,955.15 |

{} Asset reference(s)

# Exhibit C - Claims Register

## Case: 12-48131    PICONGEN WIRELESS INC.

Claims Bar Date:  03/15/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Rabobank, N.A. <br> <2600-00  Bank and Technology Services Fees>,  200 | Admin Ch. 7 <br> 10/03/12 | | $1,774.35 <br> $1,774.35 | $1,774.35 | $0.00 |
| | Paul J Mansdorf <br> 1563 Solano Ave. <br> #703 <br> Berkeley, CA 94707 <br> <2100-00  Trustee Compensation>,  200 | Admin Ch. 7 <br> 10/03/12 | | $10,750.00 <br> $10,750.00 | $0.00 | $10,750.00 |
| | Paul J Mansdorf <br> 1563 Solano Ave. <br> #703 <br> Berkeley, CA 94707 <br> <2200-00  Trustee Expenses>,  200 | Admin Ch. 7 <br> 10/03/12 | | $64.87 <br> $64.87 | $0.00 | $64.87 |
| | Kokjer, Pierotti, Maiocco & Duck, LLP <br> Certified Public Accountants <br> 333 Pine St., 5th Floor <br> San Francisco, CA 94104 <br> <3410-00  Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7 <br> 10/03/12 | | $2,886.50 <br> $2,886.50 | $0.00 | $2,886.50 |
| | Kokjer, Pierotti, Maiocco & Duck, LLP <br> Certified Public Accountants <br> 333 Pine St., 5th Floor <br> San Francisco, CA 94104 <br> <3420-00  Accountant for Trustee Expenses (Other Firm)>,  200 | Admin Ch. 7 <br> 10/03/12 | | $107.87 <br> $107.87 | $0.00 | $107.87 |
| | shierkatz RLLP <br> 930 Montgomery St. <br> Suite 600 <br> San Francisco, CA 94133 <br> <3210-00  Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7 <br> 10/03/12 | | $23,701.50 <br> $23,701.50 | $0.00 | $23,701.50 |
| | shierkatz RLLP <br> 930 Montgomery St. <br> Suite 600 <br> San Francisco, CA 94133 <br> <3220-00  Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch. 7 <br> 10/03/12 | | $12.00 <br> $12.00 | $0.00 | $12.00 |
| | Pinnacle Law Group, LLP <br> c/o shierkatz RLLP <br> 930 Montgomery St. #600 <br> San Francisco, CA 94133 <br> <3210-00  Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7 <br> 10/03/12 | | $77,893.50 <br> $77,893.50 | $0.00 | $77,893.50 |

# Exhibit C - Claims Register

## Case: 12-48131   PICONGEN WIRELESS INC.

Claims Bar Date:   03/15/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Pinnacle Law Group, LLP<br>c/o shierkatz RLLP<br>930 Montgomery St. #600<br>San Francisco, CA 94133<br><3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7<br>10/03/12 | | $784.90<br>$784.90 | $0.00 | $784.90 |
| | Employment Development Department<br>Bankruptcy Group<br>MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001<br><5300-00   Wages>,  510 | Priority<br>03/13/13 | [Employee CA SDI Distribution:<br>    Claim        4P   $117.25   Sai Manapragada<br>] | $0.00<br>$117.25 | $0.00 | $117.25 |
| | Internal Revenue Service<br><5300-00   Wages>,  510 | Priority<br>03/13/13 | [Employee FICA Distribution:<br>    Claim        4P   $726.95   Sai Manapragada<br>] | $0.00<br>$726.95 | $0.00 | $726.95 |
| | Internal Revenue Service<br><5300-00   Wages>,  510 | Priority<br>03/13/13 | [Employee Medicare Distribution:<br>    Claim        4P   $170.01   Sai Manapragada<br>] | $0.00<br>$170.01 | $0.00 | $170.01 |
| | Employment Development Department<br>Bankruptcy Group<br>MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001<br><5300-00   Wages>,  510 | Priority<br>03/13/13 | [Employee CA Income Tax Distribution:<br>    Claim        4P   $820.75   Sai Manapragada<br>] | $0.00<br>$820.75 | $0.00 | $820.75 |
| | Internal Revenue Service<br><5300-00   Wages>,  510 | Priority<br>03/13/13 | [Employee Income Tax Distribution:<br>    Claim        4P   $3283.00   Sai Manapragada<br>] | $0.00<br>$3,283.00 | $0.00 | $3,283.00 |

# Exhibit C - Claims Register

## Case: 12-48131 PICONGEN WIRELESS INC.

Claims Bar Date: 03/15/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001 <5800-00 Claims of Governmental Units>, 570 | Priority 03/13/13 | [Employer CA SUTA Distribution: Claim 4P $238.00 Sai Manapragada ] | $0.00 $238.00 | $0.00 | $238.00 |
| | Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001 <5800-00 Claims of Governmental Units>, 570 | Priority 03/13/13 | [Employer CA ETT Distribution: Claim 4P $7.00 Sai Manapragada ] | $0.00 $7.00 | $0.00 | $7.00 |
| | Internal Revenue Service <5800-00 Claims of Governmental Units>, 570 | Priority 03/13/13 | [Employer FUTA Distribution: Claim 4P $105.00 Sai Manapragada ] | $0.00 $105.00 | $0.00 | $105.00 |
| | Internal Revenue Service <5800-00 Claims of Governmental Units>, 570 | Priority 03/13/13 | [Employer Medicare Distribution: Claim 4P $170.01 Sai Manapragada ] | $0.00 $170.01 | $0.00 | $170.01 |
| | Internal Revenue Service <5800-00 Claims of Governmental Units>, 570 | Priority 03/13/13 | [Employer FICA Distribution: Claim 4P $726.95 Sai Manapragada ] | $0.00 $726.95 | $0.00 | $726.95 |
| | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 <2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7 01/02/13 | | $820.00 $820.00 | $820.00 | $0.00 |

# Exhibit C - Claims Register

## Case: 12-48131    PICONGEN WIRELESS INC.

Claims Bar Date:   03/15/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1P | Robert O. Groover III<br>Groover & Associates PLLC<br>Box 293748<br>Lewisville, TX 75029-3748<br><2990-80  Superpriority Administrative Expenses--§ 364(c)(1) and § 507(b)>, 200 | Admin Ch. 7<br>01/04/13 | | $2,236.00<br>$2,236.00 | $2,236.00 | $0.00 |
| 2 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>01/02/13 | | $823.58<br>$823.58 | $0.00 | $823.58 |
| 3 | David E. Bartlett<br>455 Golden Eagle Drive<br><br>Broomfield, CO 80020-1273<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>03/05/13 | Secured by unadministered property | $519,069.60<br>$0.00 | $0.00 | $0.00 |
| 4P | Sai Manapragada<br>27457 Green Hazel Road<br><br>Hayward, CA 94544<br><br><5300-00  Wages>, 510 | Priority<br>03/13/13 | [Gross Wage $11725.00 Less Taxes = Net $6607.04 FICA $726.95 Income Tax $3283.00 Medicare $170.01 CA Income Tax $820.75 CA SDI $117.25]<br>Amended | $11,725.00<br>$6,607.04 | $0.00 | $6,607.04 |
| 4U | Sai Manapragada<br>27457 Green Hazel Road<br><br>Hayward, CA 94544<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/13/13 | Amended - secured portion removed | $1,092,275.00<br>$1,092,275.00 | $0.00 | $1,092,275.00 |
| 5 | Sharat Kumar Yempati<br>c/o Robert A. Simon - Barlow Garsek & Si<br>3815 Lisbon Street<br>Fort Worth, TX 76107<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/13/13 | FIled as Unknown | $0.00<br>$0.00 | $0.00 | $0.00 |
| 6 | Ankit Sahu<br>c/o Robert A. Simon<br>Barlow Garsek & Simon LLP,3815 Lisbon St<br>Fort Worth, TX 76107<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/13/13 | | $25,000.00<br>$25,000.00 | $0.00 | $25,000.00 |

# Exhibit C - Claims Register

## Case: 12-48131    PICONGEN WIRELESS INC.

Claims Bar Date:   03/15/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Max Lightfoot<br>c/o Robert A. Simon<br>Barlow Garsek & Simon LLP,3815 Lisbon St<br>Fort Worth, TX 76107<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/13/13 | | $50,000.00<br>$50,000.00 | $0.00 | $50,000.00 |
| 8 | Ronald W. Moeckel<br>c/o Robert A. Simon<br>Barlow Garsek & Simon LLP,3815 Lisbon St<br>Fort Worth, TX 76107<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/13/13 | | $250,000.00<br>$250,000.00 | $0.00 | $250,000.00 |
| 9 | Sai Manapragada<br>c/o Robert A. Simon<br>Barlow Garsek & Simon LLP,3815 Lisbon St<br>Fort Worth, TX 76107<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/13/13 | WITHDRAWN | $1,104,000.00<br>$0.00 | $0.00 | $0.00 |
| 10 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/09/13 | | $821.97<br>$821.97 | $0.00 | $821.97 |
| 1S-A | Robert O. Groover III<br>Groover & Associates PLLC<br>PO Box 293748<br>Lewisville, TX 75029-3748<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>01/04/13 | Allowed split secured claim - Order Doc. #82.  $25000 allowed as secured, balance allowed as secured, subordinated after priority claims (ahead of general unsecured claims). | $25,000.00<br>$25,000.00 | $25,000.00 | $0.00 |
| 1S-B | Robert O. Groover III<br>Groover & Associates PLLC<br>PO Box 293748<br>Lewisville, TX 75029-3748<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  599 | Secured<br>01/04/13 | Allowed split secured claim - Order Doc. #82.  $25000 allowed as secured, balance allowed as secured, subordinated after priority claims (ahead of general unsecured claims). | $81,756.00<br>$81,756.00 | $0.00 | $81,756.00 |
| BOND | International Sureties, LTD<br>One Shell Square<br>701 Poydras St. #420<br>New Orleans, LA 70139<br><2300-00   Bond Payments>,  200 | Admin Ch.  7<br>10/03/12 | | $214.50<br>$214.50 | $214.50 | $0.00 |

Case Total:    $30,044.85    $1,629,849.65

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-48131
Case Name: PICONGEN WIRELESS INC.
Trustee Name: Paul J Mansdorf

| | **Balance on hand:** | | $ | 119,955.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | David E. Bartlett | 519,069.60 | 0.00 | 0.00 | 0.00 |
| 1S-A | Robert O. Groover III | 25,000.00 | 25,000.00 | 25,000.00 | 0.00 |
| 1S-B | Robert O. Groover III | 81,756.00 | 81,756.00 | 0.00 | 0.00 |

| | Total to be paid to secured creditors: | $ | 0.00 |
| | Remaining balance: | $ | 119,955.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Paul J Mansdorf | 10,750.00 | 0.00 | 10,750.00 |
| Trustee, Expenses - Paul J Mansdorf | 64.87 | 0.00 | 64.87 |
| Attorney for Trustee, Fees - Pinnacle Law Group, LLP | 77,893.50 | 0.00 | 77,893.50 |
| Attorney for Trustee, Expenses - Pinnacle Law Group, LLP | 784.90 | 0.00 | 784.90 |
| Accountant for Trustee, Fees - Kokjer, Pierotti, Maiocco & Duck, LLP | 2,886.50 | 0.00 | 2,886.50 |
| Accountant for Trustee, Expenses - Kokjer, Pierotti, Maiocco & Duck, LLP | 107.87 | 0.00 | 107.87 |
| Other Fees: Rabobank, N.A. | 1,774.35 | 1,774.35 | 0.00 |
| Other Expenses: Franchise Tax Board | 820.00 | 820.00 | 0.00 |
| Attorney for Trustee Fees - shierkatz RLLP | 23,701.50 | 0.00 | 23,701.50 |
| Attorney for Trustee Expenses - shierkatz RLLP | 12.00 | 0.00 | 12.00 |
| Other Expenses: International Sureties, LTD | 214.50 | 214.50 | 0.00 |
| Other Expenses: Robert O. Groover III | 2,236.00 | 2,236.00 | 0.00 |

| | Total to be paid for chapter 7 administration expenses: | $ | 116,201.14 |
| | Remaining balance: | $ | 3,754.01 |

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

  Total to be paid for prior chapter administrative expenses:   $   0.00
  Remaining balance:   $   3,754.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,795.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Internal Revenue Service | 105.00 | 0.00 | 0.00 |
| | Employment Development Department Bankruptcy Group | 238.00 | 0.00 | 0.00 |
| | Internal Revenue Service | 726.95 | 0.00 | 0.00 |
| | Internal Revenue Service | 170.01 | 0.00 | 0.00 |
| | Employment Development Department Bankruptcy Group | 7.00 | 0.00 | 0.00 |
| 2 | Franchise Tax Board | 823.58 | 0.00 | 0.00 |
| 4P | Sai Manapragada | 11,725.00 | 0.00 | 3,754.01 |

  Total to be paid for priority claims:   $   3,754.01
  Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,418,096.97 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4U | Sai Manapragada | 1,092,275.00 | 0.00 | 0.00 |
| 5 | Sharat Kumar Yempati | 0.00 | 0.00 | 0.00 |
| 6 | Ankit Sahu | 25,000.00 | 0.00 | 0.00 |
| 7 | Max Lightfoot | 50,000.00 | 0.00 | 0.00 |
| 8 | Ronald W. Moeckel | 250,000.00 | 0.00 | 0.00 |
| 9 | Sai Manapragada | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 10 | Franchise Tax Board | 821.97 | 0.00 | 0.00 |

          Total to be paid for timely general unsecured claims: $ 0.00
          Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

          Total to be paid for tardy general unsecured claims: $ 0.00
          Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

          Total to be paid for subordinated claims: $ 0.00
          Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**