Paul J Mansdorf
1563 Solano Ave. #703
Berkeley, CA 94707
(510) 526-5993

Trustee in Bankruptcy

The following constitutes
the order of the court. Signed June 4, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA Oakland

In re:

PICONGEN WIRELESS INC.

Debtor(s)

Case No. 12-48131 RLE

Chapter 7

ORDER SETTLING TRUSTEES FINAL ACCOUNT AND AWARDING FEES AND EXPENSES

June 4, 2014, 2:00 PM, Courtroom 201

Paul J Mansdorf, Trustee of the above-referenced estate:

a) having filed herein the Trustee's Final Report and Proposed Distribution which incorporated trustee's request for compensation and expenses, and

b) having given to all parties in interest written notice of said report and trustee's request for compensation and expenses:

IT IS HEREBY ORDERED that the trustee is allowed an amount of $10,750.00 as reasonable compensation and $64.87 as reimbursement of expenses, and

THAT the trustee's account is approved and settled, and

THAT the trustee shall distribute the estate as provided by Section 726 of the Bankruptcy Code.

END OF ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | No Mail Service Required |