# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: vbadea | Date Created: 6/5/2014 |
| Case: 12−48131 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Picongen Wireless Inc.      2275 Springwood Dr      Auburn, AL 36830

TOTAL: 1