JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
c/o shierkatz RLLP
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 895-2895
Facsimile: (415) 520-5879
jkatz@shierkatz.com

Former Attorneys for Trustee
PAUL J. MANSDORF

The following constitutes
the order of the court. Signed June 4, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PICONGEN WIRELESS INC.,<br><br>Debtor. | Case No. 12-48131 RLE 7<br><br>Chapter 7<br><br>ORDER AWARDING FEES AND COSTS TO PINNACLE LAW GROUP LLP, FORMER ATTORNEYS FOR TRUSTEE<br><br>Date: June 4, 2014<br>Time: 2:00 p.m.<br>Place: Room 201, Judge Efremsky |

On June 4, 2014, at 2:00 p.m., the Court considered the First and Final Application for Compensation by Pinnacle Law Group LLP, Former Attorneys for Trustee, ECF #87. No objections to the Application having been filed and good cause appearing,

IT IS HEREBY ORDERED that Pinnacle Law Group LLP is awarded first and final fees in the amount of $72,893.50 and costs in the amount of $784.90, and Paul J. Mansdorf, Trustee is authorized to pay those sums to Pinnacle Law Group LLP.

***END OF ORDER***

1871.107                                        1                                        PLG FEE ORDER

**COURT SERVICE LIST**