JEREMY W. KATZ (SBN: 119418)
shierkatz RLLP
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 895-2895
Facsimile: (415) 520-5879
jkatz@shierkatz.com

Successor Attorneys for Trustee
PAUL J. MANSDORF

The following constitutes
the order of the court. Signed June 6, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PICONGEN WIRELESS INC.,<br><br>Debtor. | Case No. 12-48131 RLE 7<br><br>Chapter 7<br><br>ORDER AWARDING FEES AND COSTS TO SHIERKATZ RLLP, SUCCESSOR ATTORNEYS FOR TRUSTEE<br><br>Date: June 4, 2014<br>Time: 2:00 p.m.<br>Place: Room 201, Judge Efremsky |

On June 4, 2014, at 2:00 p.m., the Court considered the Chapter 7 Final Application for Compensation by Successor Attorneys for Trustee (Short Form), ECF #88. No objections to the Application having been filed and good cause appearing,

IT IS HEREBY ORDERED that shierkatz RLLP is awarded first and final fees in the amount of $23,701.50 and costs in the amount of $12.00, and Paul J. Mansdorf, Trustee is authorized to pay those sums to shierkatz RLLP.

***END OF ORDER***

**COURT SERVICE LIST**