# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: PICONGEN WIRELESS INC. § Case No. 12-48131
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Paul J Mansdorf, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $328,936.60         Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $33,461.01    Claims Discharged
                                               Without Payment: N/A

Total Expenses of Administration: $116,538.99

3) Total gross receipts of $ 150,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $150,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $625,825.60 | $106,756.00 | $25,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 116,538.99 | 116,538.99 | 116,538.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 12,548.58 | 13,795.54 | 8,461.01 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,522,096.97 | 1,418,096.97 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,277,010.14 | $1,655,187.50 | $150,000.00 |

4) This case was originally filed under Chapter 7 on October 03, 2012. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2014          By: /s/Paul J Mansdorf
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Picongen System Patents | 1129-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$150,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | David E. Bartlett | 4210-000 | N/A | 519,069.60 | 0.00 | 0.00 |
| 1S-A | Robert O. Groover III | 4210-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| 1S-B | Robert O. Groover III | 4210-000 | N/A | 81,756.00 | 81,756.00 | 0.00 |
| NOTFILED | Dale Kluesing | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Groover & Associates PLLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Averett Family Trust | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$625,825.60** | **$106,756.00** | **$25,000.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Paul J Mansdorf | 2100-000 | N/A | 10,750.00 | 10,750.00 | 10,750.00 |
| Paul J Mansdorf | 2200-000 | N/A | 64.87 | 64.87 | 64.87 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Franchise Tax Board | 2820-000 | N/A | 820.00 | 820.00 | 820.00 |
| Pinnacle Law Group, LLP | 3210-000 | N/A | 72,893.50 | 72,893.50 | 72,893.50 |
| shierkatz RLLP | 3210-000 | N/A | 23,701.50 | 23,701.50 | 23,701.50 |
| Pinnacle Law Group, LLP | 3220-000 | N/A | 784.90 | 784.90 | 784.90 |
| shierkatz RLLP | 3220-000 | N/A | 12.00 | 12.00 | 12.00 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3410-000 | N/A | 2,886.50 | 2,886.50 | 2,886.50 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3420-000 | N/A | 107.87 | 107.87 | 107.87 |
| Rabobank, N.A. | 2600-000 | N/A | 1,774.35 | 1,774.35 | 1,774.35 |
| Robert O. Groover III | 2990-800 | N/A | 2,236.00 | 2,236.00 | 2,236.00 |
| International Sureties, LTD | 2300-000 | N/A | 214.50 | 214.50 | 214.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $116,538.99 | $116,538.99 | $116,538.99 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Department Bankruptcy Group | 5300-000 | N/A | N/A | 117.25 | 84.62 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 3,283.00 | 2,369.08 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 170.01 | 122.68 |

**UST Form 101-7-TDR (10/1/2010)**

|   | Claimant | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
|   | Employment Development Department Bankruptcy Group | 5300-000 | N/A | N/A | 820.75 | 592.27 |
|   | Internal Revenue Service | 5300-000 | N/A | N/A | 726.95 | 524.58 |
|   | Internal Revenue Service | 5800-000 | N/A | N/A | 170.01 | 0.00 |
|   | Internal Revenue Service | 5800-000 | N/A | N/A | 726.95 | 0.00 |
|   | Internal Revenue Service | 5800-000 | N/A | N/A | 105.00 | 0.00 |
|   | Employment Development Department Bankruptcy Group | 5800-000 | N/A | N/A | 7.00 | 0.00 |
|   | Employment Development Department Bankruptcy Group | 5800-000 | N/A | N/A | 238.00 | 0.00 |
| 2 | Franchise Tax Board | 5800-000 | N/A | 823.58 | 823.58 | 0.00 |
| 4P | Sai Manapragada | 5300-000 | N/A | 11,725.00 | 6,607.04 | 4,767.78 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $12,548.58 | $13,795.54 | $8,461.01 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4U | Sai Manapragada | 7100-000 | N/A | 1,092,275.00 | 1,092,275.00 | 0.00 |
| 5 | Sharat Kumar Yempati | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 | Ankit Sahu | 7100-000 | N/A | 25,000.00 | 25,000.00 | 0.00 |
| 7 | Max Lightfoot | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 8 | Ronald W. Moeckel | 7100-000 | N/A | 250,000.00 | 250,000.00 | 0.00 |
| 9 | Sai Manapragada | 7100-000 | N/A | 1,104,000.00 | 0.00 | 0.00 |
| 10 | Franchise Tax Board | 7100-000 | N/A | 821.97 | 821.97 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,522,096.97 | $1,418,096.97 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-48131  
**Case Name:** PICONGEN WIRELESS INC.

**Trustee:** (007400) Paul J Mansdorf  
**Filed (f) or Converted (c):** 10/03/12 (f)  
**§341(a) Meeting Date:** 12/12/12

**Period Ending:** 08/13/14  
**Claims Bar Date:** 03/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America | 15.00 | 15.00 | | 0.00 | FA |
| 2 | Bank of America account 01561-42647 Account clos | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Laptops (2) Large Plasma Displays(2) Desktop Com<br>See asset 5 | 31,000.00 | 31,000.00 | | 0.00 | FA |
| 4 | Loans to Sal Manapragda plus interest<br>associated claims litigation pending against him | 62,921.60 | 62,921.60 | | 0.00 | FA |
| 5 | Picongen System Patents<br>Auction held - purchase price for assets 3, 5, 6, 7 and 8 included | 135,000.00 | 135,000.00 | | 150,000.00 | FA |
| 6 | Computer software Altera<br>See Asset 5 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 7 | Computer software Northwest LogiP<br>See Asset 5 | 21,000.00 | 21,000.00 | | 0.00 | FA |
| 8 | Picongen Developed Software fpr POC<br>See Asset 5 | 210,000.00 | 210,000.00 | | 0.00 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$463,936.60** | **$463,936.60** | | **$150,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 15, 2013  **Current Projected Date Of Final Report (TFR):** April 14, 2014 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-48131  
**Case Name:** PICONGEN WIRELESS INC.  

**Taxpayer ID #:** **-***6862  
**Period Ending:** 08/13/14  

**Trustee:** Paul J Mansdorf (007400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/13 | {5} | Sigma Group, Inc. | Asset purchase | 1129-000 | 150,000.00 | | 150,000.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.02 | 149,848.98 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.71 | 149,626.27 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.86 | 149,425.41 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.41 | 149,189.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.58 | 148,974.42 |
| 09/18/13 | 101 | Robert O. Groover III | Per Order Doc. #82 | 2990-800 | | 2,236.00 | 146,738.42 |
| 09/18/13 | 102 | Robert O. Groover III | Per Order Doc. #82 | 4210-000 | | 25,000.00 | 121,738.42 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.91 | 121,536.51 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.31 | 121,344.20 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.89 | 121,181.31 |
| 12/17/13 | 103 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/17/2013 FOR CASE #12-48131, Bond #016048574 | 2300-000 | | 214.50 | 120,966.81 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.66 | 120,775.15 |
| 01/25/14 | 104 | Franchise Tax Board | 2013 Form 100 - Picongen WIreless, Inc. B/E | 2820-000 | | 820.00 | 119,955.15 |
| 06/05/14 | 105 | Paul J Mansdorf | Dividend paid 100.00% on $10,750.00, Trustee Compensation; Reference: | 2100-000 | | 10,750.00 | 109,205.15 |
| 06/05/14 | 106 | Paul J Mansdorf | Dividend paid 100.00% on $64.87, Trustee Expenses; Reference: | 2200-000 | | 64.87 | 109,140.28 |
| 06/05/14 | 107 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $2,886.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,886.50 | 106,253.78 |
| 06/05/14 | 108 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $107.87, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 107.87 | 106,145.91 |
| 06/05/14 | 109 | shierkatz RLLP | Dividend paid 100.00% on $23,701.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 23,701.50 | 82,444.41 |
| 06/05/14 | 110 | shierkatz RLLP | Dividend paid 100.00% on $12.00, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 12.00 | 82,432.41 |
| 06/05/14 | 111 | Pinnacle Law Group, LLP | Dividend paid 100.00% on $77,893.50, Attorney for Trustee Fees (Other Firm); Reference: Voided on 06/11/14 | 3210-000 | | 77,893.50 | 4,538.91 |
| 06/05/14 | 112 | Pinnacle Law Group, LLP | Dividend paid 100.00% on $784.90, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 784.90 | 3,754.01 |
| 06/05/14 | 113 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of | 2700-000 | | 293.00 | 3,461.01 |

Subtotals: $150,000.00 $146,538.99

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-48131  
**Case Name:** PICONGEN WIRELESS INC.  

**Taxpayer ID #:** **-***6862  
**Period Ending:** 08/13/14  

**Trustee:** Paul J Mansdorf (007400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | the Court Costs (includes adversary and other filing fees);  Reference: | | | | |
| 06/05/14 | 114 | Internal Revenue Service | Dividend paid  29.51% on $726.95; Filed: $0.00 for FICA<br>Voided on 06/05/14 | 5300-000 | | 214.58 | 3,246.43 |
| 06/05/14 | 114 | Internal Revenue Service | Dividend paid  29.51% on $726.95; Filed: $0.00 for FICA<br>Voided: check issued on 06/05/14 | 5300-000 | | -214.58 | 3,461.01 |
| 06/05/14 | 115 | Internal Revenue Service | Dividend paid  29.51% on $3,283.00; Filed: $0.00 for Income Tax<br>Voided on 06/05/14 | 5300-000 | | 969.08 | 2,491.93 |
| 06/05/14 | 115 | Internal Revenue Service | Dividend paid  29.51% on $3,283.00; Filed: $0.00 for Income Tax<br>Voided: check issued on 06/05/14 | 5300-000 | | -969.08 | 3,461.01 |
| 06/05/14 | 116 | Internal Revenue Service | Dividend paid  29.51% on $170.01; Filed: $0.00 for Medicare<br>Voided on 06/05/14 | 5300-000 | | 50.18 | 3,410.83 |
| 06/05/14 | 116 | Internal Revenue Service | Dividend paid  29.51% on $170.01; Filed: $0.00 for Medicare<br>Voided: check issued on 06/05/14 | 5300-000 | | -50.18 | 3,461.01 |
| 06/05/14 | 117 | Employment Development Department Bankruptcy Group | Dividend paid  29.51% on $820.75; Filed: $0.00 for CA Income Tax<br>Voided on 06/11/14 | 5300-000 | | 242.27 | 3,218.74 |
| 06/05/14 | 118 | Employment Development Department Bankruptcy Group | Dividend paid  29.51% on $117.25; Filed: $0.00 for CA SDI<br>Voided on 06/11/14 | 5300-000 | | 34.62 | 3,184.12 |
| 06/05/14 | 119 | Sai Manapragada | Dividend paid  29.51% on $6,607.04; Claim# 4P; Filed: $11,725.00; Reference:<br>Voided on 06/11/14 | 5300-000 | | 1,950.28 | 1,233.84 |
| 06/11/14 | 111 | Pinnacle Law Group, LLP | Dividend paid 100.00% on $77,893.50, Attorney for Trustee Fees (Other Firm); Reference:<br>Voided: check issued on 06/05/14 | 3210-000 | | -77,893.50 | 79,127.34 |
| 06/11/14 | 117 | Employment Development Department Bankruptcy Group | Dividend paid  29.51% on $820.75; Filed: $0.00 for CA Income Tax<br>Voided: check issued on 06/05/14 | 5300-000 | | -242.27 | 79,369.61 |
| 06/11/14 | 118 | Employment Development Department Bankruptcy Group | Dividend paid  29.51% on $117.25; Filed: $0.00 for CA SDI<br>Voided: check issued on 06/05/14 | 5300-000 | | -34.62 | 79,404.23 |

Subtotals :        $0.00        $-75,943.22

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-48131  
**Case Name:** PICONGEN WIRELESS INC.  

**Taxpayer ID #:** **-***6862  
**Period Ending:** 08/13/14  

**Trustee:** Paul J Mansdorf (007400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/14 | 119 | Sai Manapragada | Dividend paid 29.51% on $6,607.04; Claim# 4P; Filed: $11,725.00; Reference: Voided: check issued on 06/05/14 | 5300-000 | | -1,950.28 | 81,354.51 |
| 06/11/14 | 120 | Pinnacle Law Group, LLP | Dividend paid 100.00% on $784.90, Attorney for Trustee Expenses (Other Firm); Reference: | 3210-000 | | 72,893.50 | 8,461.01 |
| 06/12/14 | 121 | Internal Revenue Service | Dividend paid 72.16% on $726.95; Filed: $0.00 for FICA Voided on 06/12/14 | 5300-000 | | 524.58 | 7,936.43 |
| 06/12/14 | 121 | Internal Revenue Service | Dividend paid 72.16% on $726.95; Filed: $0.00 for FICA Voided: check issued on 06/12/14 | 5300-000 | | -524.58 | 8,461.01 |
| 06/12/14 | 122 | Internal Revenue Service | Dividend paid 72.16% on $3,283.00; Filed: $0.00 for Income Tax Voided on 06/12/14 | 5300-000 | | 2,369.08 | 6,091.93 |
| 06/12/14 | 122 | Internal Revenue Service | Dividend paid 72.16% on $3,283.00; Filed: $0.00 for Income Tax Voided: check issued on 06/12/14 | 5300-000 | | -2,369.08 | 8,461.01 |
| 06/12/14 | 123 | Internal Revenue Service | Dividend paid 72.16% on $170.01; Filed: $0.00 for Medicare Voided on 06/12/14 | 5300-000 | | 122.68 | 8,338.33 |
| 06/12/14 | 123 | Internal Revenue Service | Dividend paid 72.16% on $170.01; Filed: $0.00 for Medicare Voided: check issued on 06/12/14 | 5300-000 | | -122.68 | 8,461.01 |
| 06/12/14 | 124 | Employment Development Department Bankruptcy Group | Dividend paid 72.16% on $820.75; Filed: $0.00 for CA Income Tax | 5300-000 | | 592.27 | 7,868.74 |
| 06/12/14 | 125 | Employment Development Department Bankruptcy Group | Dividend paid 72.16% on $117.25; Filed: $0.00 for CA SDI | 5300-000 | | 84.62 | 7,784.12 |
| 06/12/14 | 126 | Sai Manapragada | Dividend paid 72.16% on $6,607.04; Claim# 4P; Filed: $11,725.00; Reference: | 5300-000 | | 4,767.78 | 3,016.34 |
| 06/17/14 | | Internal Revenue Service | | | | 3,016.34 | 0.00 |
| | | | 524.58 | 5300-000 | | | 0.00 |
| | | | 2,369.08 | 5300-000 | | | 0.00 |
| | | | 122.68 | 5300-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 150,000.00 | 150,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 150,000.00 | 150,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$150,000.00** | **$150,000.00** | |

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-48131 | **Trustee:** Paul J Mansdorf (007400) |
| **Case Name:** PICONGEN WIRELESS INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8166 - Checking Account |
| **Taxpayer ID #:** **-***6862 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/13/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 150,000.00 | | | | |
| | | Net Estate : | $150,000.00 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8166** | 150,000.00 | 150,000.00 | 0.00 |
| | $150,000.00 | $150,000.00 | $0.00 |

{} Asset reference(s)