UNITED STATES BANKRUPTCY COURT
Northern District of California

In Re: Picongen Wireless Inc.  Case No.: 12–48131 RLE 7
Debtor(s)  Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Paul Mansdorf is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 9/9/14  By the Court:

Roger L. Efremsky
United States Bankruptcy Judge