# Notice Recipients

District/Off: 0971–4     User: lblue     Date Created: 9/9/2014
Case: 12–48131     Form ID: FIND     Total: 4

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr     Paul Mansdorf     paul@mansdorftrustee.com
aty     Jeremy W. Katz     jkatz@shierkatz.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Picongen Wireless Inc.     2275 Springwood Dr     Auburn, AL 36830

TOTAL: 1